# EXHIBIT 1

List of Completed Projects

9/1/2021

# ProVen Completed Projects

| Description | Owner | Start Mth | Comp Date | Amount |
|---|---|---|---|---|
| Boarding Area "A"- Apron Improvements- (8438) | City & County of San Francisco- Airport | 5/2006 | 7/2006 | $ 1,753,425 |
| District Office Tenant Improvements | San Mateo-Foster City School District | 7/2006 | 10/2006 | $ 1,785,884 |
| Merced Manor Reservoir Upgrade- (WD-2398R) | City and County of San Francisco | 10/2004 | 2/2006 | $ 5,488,051 |
| South Van Ness Avenue to Market - (04-291004) | State of California, Dept of Transportation | 10/2003 | 10/2006 | $ 27,503,534 |
| Fourth Water Storage Tank and Water Repl- (CIP 754 & 787) | City of Foster City | 6/2004 | 11/2005 | $ 8,261,508 |
| Terminal 3 Food & Beverage Redevelopment- (8235.E2) | Airport Commission Planning, Design & Construction | 9/2004 | 5/2005 | $ 5,003,134 |
| Terminal 1 Food & Beverage Redevelopment- (8235.F2) | Airport Commission Planning, Design & Construction | 9/2004 | 4/2005 | $ 1,158,456 |
| 17 Street Sewer Cleaning- (CW-376R) | City and County of San Francisco | 11/2004 | 6/2005 | $ 443,750 |
| McEnery Convention Center Temporary - Expansion II | City of San Jose Redevelopment Agency | 3/2005 | 6/2005 | $ 5,308,850 |
| Relocation of Bungalow 213 and Removal- (434006) | City College of San Francisco | 6/2005 | 7/2005 | $ 445,000 |
| Balboa Reservoir Berm Removal Phase 2- (434503) | City College of San Francisco | 6/2004 | 11/2004 | $ 1,077,316 |
| Laguna Honda Hospital Replacement- (8493A) | City and County of San Francisco | 7/2003 | 3/2004 | $ 5,040,103 |
| Lombard Street Reservoir- (WD-2387) | City and County of San Francisco | 3/2003 | 2/2005 | $ 7,527,781 |
| Lime Ridge Pump Station Rehabilitation | Contra Costa Water District | 10/2004 | 10/2005 | $ 1,894,135 |
| San Mateo North Levee Wall- (103052) | City of San Mateo | | 1/2005 | $ 728,858 |
| Balboa Reservoir Berm Removal Phase 1- (434503) | City College of San Francisco | | | $ 1,150,000 |
| Harry Tracy Water Treatment Plant- (WW-2390) | City and County of San Francisco | | | $ 577,900 |
| Alameda Portals Valve Upgrades- (WD-2422) | City and County of San Francisco | | | $ 957,496 |
| Hetch Hetcy Road Maintenance- (HH-906) | City and County of San Francisco | 9/2003 | 1/2004 | $ 577,800 |
| Laguna Honda Hospital Replacement- (8415A) | City and County of San Francisco | 9/2003 | 11/2003 | $ 1,859,515 |
| Laguna Honda Hospital Replacement- (8400A) | City and County of San Francisco | 11/2003 | 11/2003 | $ 5,362,483 |
| Priest Reservoir Bypass-Pipeline- (HH-903) | City and County of San Francisco | 6/2003 | 1/2004 | $ 12,700,000 |
| Pulgas Dichlorination Facility- (WD-2371) | City and County of San Francisco | 4/2002 | 11/2003 | $ 17,330,796 |
| Del Valle Water Treatment Plant- Solid Handling | Zone 7 Water District | 5/2002 | 6/2003 | $ 4,569,299 |
| Third Street Light Rail Transit Ductbanks- (MR-1148) | City and County of San Francisco | 6/2001 | 2/2003 | $ 6,847,500 |
| Harry Tracy Water Treatment Plant- (WD-2337) | City and County of San Francisco | 8/2001 | 11/2002 | $ 10,422,100 |
| San Joaquin Pipeline- (HH-900) | City and County of San Francisco | 1/2002 | 12/2002 | $ 1,110,280 |

## ProVen Completed Projects

| Description | Owner | Start Mth | Comp Date | Amount |
|---|---|---|---|---|
| Calaveras Potassium Permanganate- (WD-2230) | City and County of San Francisco | 1/2001 | 8/2001 | $ 1,773,984 |
| O'Shaughnessy Dam Electrical & Mech Upgrades- (HH-885R) | City and County of San Francisco | 6/2001 | 11/2001 | $ 695,000 |
| Avondale/ Black Mountain Fire Road | Fambco Investment Corp | 4/2001 | 7/2001 | $ 444,000 |
| Four Seasons Hotel | CB-1 Entertainment Partners LP | 1/2001 | 7/2001 | $ 1,690,000 |
| Seismic Anchorage of Equipment at HTWTP- (WD-2348) | City and County of San Francisco | 1/2001 | 7/2001 | $ 898,000 |
| Davidson Street Sewer Cleaning | City and County of San Francisco | 10/2001 | 1/2002 | $ 418,000 |
| Sansome Street Sewer Cleaning- (CW-3061) | City and County of San Francisco | 11/2001 | 11/2001 | $ 84,000 |
| Lining Moccasin Grizzly Creek- (HH-886) | City and County of San Francisco | 8/2000 | 1/2001 | $ 889,075 |
| Moccasin Sewer Replacement- (HH-888) | City and County of San Francisco | 10/2000 | 5/2001 | $ 1,634,284 |
| Hyde Street Harbor- (2664) | City and County of San Francisco | 5/2000 | 4/2001 | $ 2,471,707 |
| Orange Park Picnic Quadrant | City os South San Francisco | 6/2000 | 3/2001 | $ 1,516,704 |
| Baden Valve Replacement | City and County of San Francisco | 1/2012 | 6/2017 | $ 32,893,376 |
| SBWRP SJ11-Zone 3 Reservoir & Pipeline- (1995-36) | City of San Jose | 6/2005 | 11/2006 | $ 9,365,466 |
| Reconstruction of Aprons in the Vicinity- Hangar 1-5- (2005-06-A1) | Port of Oakland | 9/2005 | 11/2006 | $ 13,057,210 |
| North & West Fields Drainage- (4112R) | City & County of San Francisco | 3/2006 | 11/2008 | $ 6,915,742 |
| South Field Runway Safety Area- (3590B) | City & County of San Francisco | 2/2007 | 9/2007 | $ 7,372,666 |
| Electrical Power Distr Improv-North Field- (3828B) | Airport Commission | 1/2007 | 7/2007 | $ 4,721,075 |
| Structural Rehab of Freeway- (04-4C0804) | Caltrans, Fairfield Construction Field Office | 2/2007 | 10/2007 | $ 5,494,308 |
| Constructing 53 Maintenance- (04-246804) | Caltrans, San Francisco Construction Office | 2/2007 | 9/2007 | $ 2,646,926 |
| Devil's Slide Tunnel OMC Bldg- (04-1123U4) | Caltrans | 4/2007 | 3/2010 | $ 8,371,548 |
| Calabazas Creek Capacity Improv.- (20104018) | Santa Clara Valley Water District | 6/2007 | 12/2007 | $ 1,802,050 |
| San Francisquito Creek Storm- (C08122074) | City of Palo Alto | 9/2007 | 8/2009 | $ 6,778,636 |
| Restoration of Electrical Distb- (NNA07CF63C) | Nasa/Ames Research Center | 11/2007 | 6/2009 | $ 4,109,491 |
| 2007 Pump Station Upgrades at Skyfarm 3 & Tourn Site Tanks | Town of Hillsborough | 12/2007 | 5/2009 | $ 1,977,110 |
| Electrical Power Distribution System Loop- (3828C) | Airport Commission, Engineering Department | 2/2008 | 2/2009 | $ 6,474,172 |
| Rehabilitation of Airport Cooling Towers- (8474) | Airport Commission, Engineering Department | 6/2008 | 5/2009 | $ 1,159,423 |
| ADA Site Improvements, Ocean Campus | San Francisco Community College District | 12/2007 | 4/2008 | $ 6,595,841 |

## ProVen Completed Projects

| Description | Owner | Start Mth | Comp Date | Amount |
|---|---|---|---|---|
| Airport Wide Construction Tasks- (8764) | Airport Commission, Engineering Department | 5/2008 | 4/2009 | $ 802,787 |
| Restoration of Electrical Distrib., Phase 6- (NN08AB88C) | Nasa/Ames Research Center | 3/2008 | 2/2009 | $ 3,254,186 |
| Palmer Drive Water Tank | North Marin Water District | 3/2008 | 3/2009 | $ 2,382,438 |
| Realign Horizontal Curve- (05-496804) | State of California, Dept of Transportation | 3/2008 | 4/2009 | $ 2,429,380 |
| Bayside Groundwater Project, Phase 1 | East Bay Municipal Utility District | 6/2008 | 12/2009 | $ 6,304,205 |
| Grit System Improvements (SD-260) | East Bay Municipal Utility District | 6/2005 | 11/2006 | $ 6,297,094 |
| Pump Station Improvements, Zones 2 & 3- (06-6101) | Dublin San Ramon Services District | 6/2008 | 9/2009 | $ 1,088,591 |
| New Trousdale Pump Station- (80910) | City of Burlingame | 6/2008 | 9/2009 | $ 3,483,816 |
| Balboa Reservoir Site Development- Geothermal- (105A) | San Francisco Community College District | 7/2008 | 5/2009 | $ 4,791,029 |
| Balboa Reservoir Site Development- Grading & Backfill- (105A) | San Francisco Community College District | 6/2008 | 5/2009 | $ 4,111,058 |
| Victoria Canal Intake & Pump Station- (105470) | Contra Costa Water District | 7/2008 | 7/2010 | $ 31,975,683 |
| San Francisquito Creek Storm Drain | City of Palo Alto | 8/2008 | 10/2008 | $ 582,725 |
| Terminal Upper Level Viaduct, Phase 2- (SFIA #3560D) | Airport Commission, Engineering Department | 3/2009 | 10/2010 | $ 13,899,942 |
| MWWTP Digester Upgrade, PH 2, (SD-319) | East Bay Municipal Utility District | 4/2009 | 7/2012 | $ 39,435,925 |
| 2.3 Temporary Power, Permanent Power- (105A) | City College of San Francisco | 7/2009 | 5/2010 | $ 1,127,707 |
| 2.4 - Site Power Distribution- (105A) | City College of San Francisco | 6/2009 | 3/2010 | $ 400,291 |
| 2.5 - Low Voltage Distribution- (105A) | City College of San Francisco | 1/2009 | 8/2009 | $ 174,500 |
| 2.6 - Low Voltage Site Distribution- (105A) | City College of San Francisco | 7/2009 | 8/2009 | $ 229,134 |
| 2.7 - Chilled, Htg & Condenser Water, etc- (105A) | City College of San Francisco | 10/2009 | 6/2010 | $ 6,049,298 |
| 2.7 - Plumbing, Joint Use Facility- (105A) | City College of San Francisco | 7/2009 | 4/2010 | $ 1,255,729 |
| Guadalupe River Project- (W91238-09-C-0015) | Department of the Army | 8/2009 | 10/2010 | $ 3,416,587 |
| Tulloch Hydroelectric Project | Oakdale & So. San Joaquin Irrigation Districts | 10/2009 | 5/2012 | $ 12,655,731 |
| Sanborn Storage & Pumping Plant- (09-24) | City of Yuba City | 4/2010 | 6/2011 | $ 4,794,262 |
| Fish Screen Intake Project | Patterson Irrigation District | 5/2010 | 8/2011 | $ 10,206,749 |
| Interceptor & Siphon Cleaning- (11927001) | East Bay Municipal Utility District | 8/2010 | 2/2011 | $ 3,168,888 |
| Canal Modifications South Bay Aqueduct Modifications, (C51401) | Department of Water Resources | 10/2010 | 4/2012 | $ 29,448,402 |
| Mayfield Pump Station | City of Palo Alto | 6/2011 | 2/2013 | $ 5,302,386 |

9/1/2021

## ProVen Completed Projects

| Description | Owner | Start Mth | Comp Date | Amount |
|---|---|---|---|---|
| Emergency Outfall Improvements | Union Sanitary District | 5/2011 | 3/2012 | $ 1,088,789 |
| BART Earthquake Safety Program Station Structures- C Line | S. F. Bay Area Rapid Transit District | 6/2011 | 9/2014 | $ 15,406,555 |
| Colma Creek Flood Control Channel | San Mateo County Flood Control | 7/2011 | 12/2011 | $ 2,317,370 |
| Switching Station 6 & Campus Power, UC Berkeley- (12263E) | Berkeley, University of | 7/2011 | 8/2012 | $ 9,337,468 |
| Alamo Canal Regional Trail Improvements- (11-05) | City of Dublin, Department of Public Works | 4/2012 | 10/2012 | $ 1,302,846 |
| Mokelumne Aqueducts Interconnection- (2036) | East Bay Municipal Utility District | 8/2013 | 1/2015 | $ 8,809,687 |
| Improvement on M Line | Alameda County Flood Control & Water Cons | 4/2012 | 8/2012 | $ 1,552,320 |
| Lower Silver Creek Flood Protection & Creek Restoration | Santa Clara Valley Water District | 5/2012 | 5/2016 | $ 20,941,513 |
| Replace Bridge & Install Rock Slop Protection- (02-2C1124) | Department of Transportation, Caltrans | 7/2013 | 12/2013 | $ 1,923,322 |
| Green Light Rail Center Track Replacement Project- (1249) | SF Municipal Transit Agency | 1/2013 | 12/2018 | $ 38,737,467 |
| SFOBB Toll Plaza Improvement Project- (011) | Bay Area Toll Authority | 10/2012 | 4/2013 | $ 5,534,718 |
| Cleaning of 3 Anaerobic Digestors | Water Pollution Control Plant | 8/2012 | 6/2013 | $ 250,000 |
| Wilbur Avenue Overhead Widening- (259-B) | City of Antioch, DPW | 1/2013 | 4/2014 | $ 10,857,816 |
| Flume 41 Replacement Plum Creek Road & Crusher Roack Road | El Dorado Irrigation District | 5/2013 | 08/2014 | $ 4,592,996 |
| PPSI 3014 3015 As Needed Sewer Cleaning- (SFPUC #WW-558R) | City & County of San Francisco | 08/2013 | 2/2015 | $ 1,752,699 |
| Digester Cleaning Project | Sewer Authority Mid-Coastside | 7/2013 | 8/2013 | $ 93,976 |
| Drainage Ditch Cleaning Project | City of San Carlos | 9/2013 | 10/2013 | $ 139,900 |
| El Camino Real Culvert Cleaning Project- (C9541) | City of San Carlos | 10/2013 | 10/2014 | $ 84,725 |
| Retrofit Columns & Add Bracing in El Dorado County- (03-0F3004) | Department of Transportation, Caltrans | 9/2013 | 9/2014 | $ 1,361,768 |
| Broadway Brommer Multi Use Path Project | City of Santa Cruz, DPW | 11/2013 | 10/2014 | $ 5,431,846 |
| Sunset Tunnel Trackway Improvement- (1270) | SF Municipal Transit Agency | 4/2014 | 12/2018 | $ 23,005,637 |
| Phase II, Runway Safety Area (RSA)- (8671C) | Golden Gate Constructors | 3/2014 |  | $ 2,327,831 |
| High Level Interceptor Cleaning- City of Baltimore- (SC 933) | City of Baltimore | 8/2014 | 10/2016 | $ 3,839,941 |
| Mcclure Lake, Merced | Merced Irrigation District | 8/2014 | 5/2016 | $ 138,229 |
| Central Subway Tunnel Portal- (MR-1252) | SFMTA c/o Barnard Impregilo Healy, JV | 8/2014 | 8/2015 | $ 3,312,275 |
| South Reservoir Demolition EBMUD- (2049A) | East Bay Municipal Utility District | 8/2014 | 11/2015 | $ 2,129,757 |
| San Mateo Bridget Replacement Cal Train- (14-PC-JPB-C-038) | Peninsula Corridor Joint Powers Board | 8/2014 | 12/2016 | $ 28,999,099 |

9/1/2021

## ProVen Completed Projects

| Description | Owner | Start Mth | Comp Date | Amount |
|---|---|---|---|---|
| PG&E Potrero Substation Project | PGE c/o Overaa Construction | 9/2014 | 3/2016 | $ 1,062,157 |
| BAYLANDS SUPPORT SERVICES | Baylands Soil Processing LLC | 12/2014 | | $ 2,595,973 |
| PG&E 425 FOLSOM | Overaa Construction | 1/2015 | 11/2015 | $ 1,031,314 |
| HAYWARD MAINTENANCE COMPLEX PROJECT SITE - (01RQ-120) | S. F. Bay Area Rapid Transit District | 2/2015 | 11/2016 | $ 21,246,688 |
| BAY FAIR STATION & ASHLAND AVE UNDERPASS- (15PJ-140) | S. F. Bay Area Rapid Transit District | 7/2015 | | $ 4,761,945 |
| HAYWARD MAINTENANCE COMPLEX 8" WATER MAIN LOOP | City of Hayward | 9/2015 | | $ 231,596 |
| CONSTRUCT OF HAYWARD MAINT COMPLEX PROJ MAINT-CLARK | Clark Construction Group-California, LP | 10/2015 | | $ 6,428,292 |
| BALBOA PARK STATION IMPROVEMENTS PHASE 2- (11OG-130A) | S. F. Bay Area Rapid Transit District | 3/2016 | 9/2019 | $ 11,486,448 |
| HAYWARD MAINTENANCE- TRENCH/BACKFILL | Total Facility Solutions, Inc. | 2/2016 | | $ 233,688 |
| IMPROVEMENT OF ARDENWOOD CREEK- (C-13202) | Alameda, County of - Public Works Agency | 5/2016 | 10/2016 | $ 9,351,175 |
| MISSION CREEK RESTORATION- (C-13208) | Alameda, County of - Public Works Agency | 5/2016 | | $ 9,084,800 |
| SCHLAGE LOCK CIVIL INFRASTRUCTURE IMPROV- VISITACION | DeSilva Gates Construction | 5/2016 | | $ 1,363,843 |
| M- OCEAN VIEW TRACK REPLACEMENT PROJECT- (1294) | San Francisco Municipal Transportation Agency | 3/2017 | | $ 3,705,341 |
| MUNI METRO EAST PHASE II- (8022A) | San Francisco Dept. of Public Works | 4/2017 | 9/2017 | $ 3,729,824 |
| ALUM ROCK PUMPING PLANT, SUB TO PPSI 17429 | Pipe and Plant Solutions, Inc. | 8/2017 | | $ 83,662 |
| MACARTHUR STATION - BART PLAZA IMPROV- (17AJ-120) | MacArthur Transit Community Partners LLC | 12/2017 | | $ 5,291,904 |
| M03 INTERLOCKING RENEWAL- (15CQ-100) | S. F. Bay Area Rapid Transit District | 12/2017 | | $ 6,198,495 |
| SAN BRUNO CANAL BRIDGE REPLACEMENT- (st1301) | City of South San Francisco | 2/2018 | 12/2019 | $ 8,605,990 |
| SEISMIC RETROFIT OF 23RD AVE BRIDGE- (1001681) | City of Oakland | 1/2019 | 11/2020 | $ 7,281,709 |
| ALAMEDA LANDING WATERFRONT | Catellus Alameda Development, LLC | 1/2020 | | $ 1,778,873 |
| 9394 LEGACY LAGOONS, SJ- (20454) | Pipe and Plant Solutions, Inc. | 6/2020 | 3/2021 | $ 1,892,013 |