# EXHIBIT 2

Letters of Commendation



**CONTRA COSTA WATER DISTRICT**

1331 Concord Avenue
P.O. Box H2O
Concord, CA 94524
(925) 688-8000  FAX (925) 688-8122
www.ccwater.com

**Directors**
Joseph L. Campbell
*President*

Karl L. Wandry
*Vice President*

Bette Boatmun
Lisa M. Borba
John A. Burgh

Jerry Brown
*General Manager*

October 6, 2010

Alan Varela, President
ProVen Management, Inc.
712 Sansome Street
San Francisco, CA 94111

SUBJECT: Letter of Recommendation for ProVen Management

Dear Mr. Varela:

ProVen Management (ProVen) has performed the construction of the Contra Costa Water District's (District) Middle River Intake and Pump Station Project (Project) in an outstanding manner. ProVen was required to complete this $32 million Project, which consists of a state-of-the-art stainless steel fish screen that totals over 1,840 square feet, five 3,000 horsepower motors that drive pumps to deliver 250 cubic feet per second of flow capacity, a gantry crane with fish screen cleaning mechanism, a surge protection system, and miscellaneous buildings, motor control centers, and instrumentation all within a very restrictive two-year schedule.

ProVen was able to complete this Project by providing a project team of professionals that focused on supplying the owner with the highest quality construction, while maintaining proper focus on Project schedule and budget. ProVen partnered extremely well with the District on this Project. Their open-communication style enabled construction issues to be resolved in a fair and timely manner. ProVen's managerial approach is to comply with the design and ask for clarification to understand the design intent as necessary and frequently provided value engineering solutions that improved the design and saved money. Again, ProVen constructs with a focus on providing the highest quality of construction possible.

ProVen fully embraced and complied with all the restrictive environmental permit conditions. They focused their schedule to complete the critical "in water work" of the Victoria Canal ahead of schedule to ensure protection if sensitive aquatic receptors. Scheduling required extensive coordination with the District and environmental regulators to ensure waterway compliance, and ProVen displayed outstanding management capabilities to meet critical project milestones earlier.

*Letter of Recommendation for ProVen Management*
*October 6, 2010*
*Page 2*

The District's 550,000 customers will benefit from the construction of this Project, which improves water quality and water reliability.

I look forward to working with ProVen on future District projects. If you have any questions concerning this recommendation of ProVen or their performance on this Project contact me telephonically at 925-688-8396.

Sincerely,

Dan Owre, P.E.
Director of Construction

DO/mn



# City of Palo Alto
*Public Works Department*

February 1, 2011

Ms. Maria Mares
Proven Management, Inc.
712 Sansome Street
San Francisco, CA 94111

Subject:    Letter of Recognition
            San Francisquito Creek Storm Water Pump Station

**Divisions**

Administration
650.329.2373
650.329.2299 fax

Engineering
650.329.2151
650.329.2299 fax

Environmental
Compliance
650.329.2598
650.494.3531 fax

Equipment
Management
650.496.6922
650.496.6958 fax

Facilities
Management
650.496.6900
650.496.6958 fax

Operations
650.496.6974
650.852.9289 fax

Regional Water
Quality Control
650.329.2598
650.494.3531 fax

Dear Maria:

I am writing to recognize the exemplary work performed by Proven Management, Inc. on the construction of the San Francisquito Creek Storm Water Pump Station for the City of Palo Alto. The project included the construction of a new storm water pump station, an earthen discharge channel, and modifications to an existing storm drain outfall draining to San Francisquito Creek downstream of Highway 101. The purpose of the facility is to provide improved drainage in a 1,250-acre area of northeastern Palo Alto. The pump station now discharges storm runoff into the creek even when the creek water surface elevation is higher than the nearby ground surface elevations, thus eliminating the chronic street flooding that formerly plagued the area. The station is capable of pumping storm water at a maximum rate of 300 cubic feet per second, which is the 10-year return interval flow rate for the tributary area.

I was extremely pleased with the quality of the workmanship exhibited by Proven Management's crew as they constructed the facility and with the positive, helpful attitude of the project manager and owner during the duration of the project. City staff and Proven Management representatives worked closely from the outset of the project to manage project costs. Proven Management worked cooperatively with City staff to identify potential cost savings, including a change in architectural roofing materials and the elimination of non-essential project elements, in order to bring the project into conformance with the available budget. A continuing cooperative relationship between Proven Management and the City and throughout the duration of the project resulted in minimal change orders on the job, totaling around 8% of the project cost. The contractor skillfully managed the work of multiple subcontractors to finish the project within a few months of the original target completion date. The project manager also innovatively met the challenge of excavating to a depth in excess of 25 feet in Bay mud below the ground water table in a relatively constrained site. In addition, I note that Proven

P.O. Box 10250
Palo Alto, CA 94303

Printed with soy-based inks on 100% recycled paper processed without chlorine.

Management successfully completed the project without any injuries to its work crew or the public. The crew installed safe and effective shoring and dewatering systems that protected the safety of workers as well as adjacent structures. Proven Management also worked effectively together with City staff to minimize the disturbance to the local businesses and residents in the vicinity of the project. The workers took great efforts to minimize the noise and dust impacts to the business owners and restored any damage caused by the construction. They also paid close attention to the quality of the discharges to the creek from the excavation dewatering system. Dewatering flows were routed through multiple Baker tanks to achieve sediment removal prior to discharging to the adjacent creek.

Overall, I am very satisfied with the Proven Management's performance in constructing the San Francisquito Creek Storm Water Pump Station. The finished product is an attractive, well-built facility that is performing well to-date in providing improved drainage system performance in the City of Palo Alto. I would readily recommend Proven Management to other project owners as a reputable, qualified contractor. If you have questions or need further information, please contact me at (650) 329-2129.

Sincerely,

*Joe Teresi*

Joe Teresi
Senior Engineer
Engineering Division

STATE OF CALIFORNIA—BUSINESS, TRANSPORTATION AND HOUSING AGENCY                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF TRANSPORTATION**
OFFICE OF THE DIRECTOR
1120 N STREET
P. O. BOX 942873
SACRAMENTO, CA  94273-0001
PHONE  (916) 654-5266
FAX  (916) 654-6608
TTY  (916) 653-4086



*Flex your power!*
*Be energy efficient!*

May 3, 2006

MAY 1 2 2006

Mr. Charles Schembri
Proven Management, Inc.
706 Sansome Street
San Francisco, CA 94111

Dear Mr. Schembri:

I am pleased to announce the winners of the **Caltrans Excellence in Transportation Awards** for 2006.  I would specifically like to congratulate Proven Management, Inc. for its winning entry, "Route 101 Central Freeway Replacement Project," in the Context Sensitive Solutions category.

Winning projects were selected from an application pool of nearly 100 entries from across the State and reviewed by a panel consisting of professional engineers, environmental specialists, transportation planners, and landscape design experts.  Applicants are representative of local and public agencies, private contractors and consultants, and the California Department of Transportation.

My thanks to those who submitted entries and to the workers who made these projects a reality.  Excellence in transportation is a consistent, ongoing endeavor by Caltrans and its partners.  We are proud to showcase such great work through this annual awards program.

It is a difficult task for the judges to decide on just one winner per category from all the outstanding entries.  It is your participation that makes this such a prestigious awards program.

We currently are in the process of producing the plaques and will be in contact with you in the near future for presentation of your award.

Sincerely,

*Will Kempton*

WILL KEMPTON
Director

Attachment

*"Caltrans improves mobility across California"*