# EXHIBIT 4

Letters of Support from Friends

4619 Santa
Monica Ave San
Diego CA 92107
June 1, 2021

Judge William Orrick United States
District Court 450 Golden Gate
Avenue San Francisco CA 94102

Dear Judge Orrick,

I am writing on behalf of Alan Varela who has been my friend since 1982 when he was 21 and
came to live with his uncle, a surgeon, in Wellesley, Massachusetts. When I first met him, I
sensed immediately his remarkable warmth, intelligence and attunement to others. He became
a lifelong friend and younger brother to me and my family. I am now a retired Psychiatric Social
Worker and live in San Diego. His children call me Aunt Jane.

In those early years, Alan's hard work and dedication was demonstrated in his full-time work in
construction, as well as college work at night, all leading to his degree from Boston University.
He always formed friendships easily with people of many backgrounds, and has been a loyal
friend to so many throughout the years. He is particularly able to see differing points of view
and be fair to people on differing sides of a situation. For example, when my ex-husband and I
divorced, he remained connected to both of us and was empathetic to both.

I watched and encouraged Alan as his strengths and leadership ability were recognized by
people in the construction industry and as he rapidly rose in the field to form his own company.
Alan's great energy and optimism are exactly what America has needed and encouraged. He
had the strength to rise to any challenge the industry presented, as well as the integrity and
honesty to make solid agreements with customers plus gain the respect of his employees. He
spoke to me about how much he enjoyed reaching fair deals and negotiations in his work. While
we were sad that he moved to California, we were excited that his entrepreneurial energy would
help the Bay Area rebuild after the earthquake of 1989.

We were also thrilled to meet Alan's wife Jen in 1997 and to see that he had found a love and
partner who matched his strength and integrity. We watched as they brought five wonderful
children into the world, including a set of twin boys. We saw their delight as well as their firm
hand in raising their children to have strong self-discipline, work ethic and community spirit.

I was in Oakland in 2014 when Jen had her first treatment for the unusual skin cancer that she
developed and that has been a preoccupation for Alan since then. With the children in their
teens and younger, it was a deeply challenging time for the entire family. Alan's steadiness and
strong fathering was crucial to the entire family as they adjusted to the new reality and fears
about Jen's illness. I always wondered how he could manage his construction company in
addition to his family and deep anxiety about Jen. I can imagine that he was profoundly

distracted from his work during these past seven years as Jen went from experimental treatment to experimental treatment for the cancer.

It is my serious hope that whatever service Alan may be required to perform due to his legal problems will be community-spirited and reflect his deep intelligence, personal integrity and love of country.

Sincerely,
Jane Andrews

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102


Dear Judge,

We have known Mr. Alan Varela since 2004, when we moved to the Bay Area and got introduced by common relatives from Boston. While we left the Bay Area in 2007, our friendship has continued until today. There are several aspects of Alan and his family that we value and have kept us close for all these years and years to come.

Friendship and always be willing to help in a selfless way.
When we arrived to the Bay Area Alan was generous with his time advising us and introducing us to key people we needed to settle. His support was critical to get a preschool for our children, a pediatrician and to learn about activities for our kids. Most importantly Alan opened up his own family and allow us to join them for celebrations like Thanksgiving and invited our kids to join his in a variety of activities. He even opened his family vacations to allow our kids to share and learn about the new place and culture we were living in.  He made such a difference for us to feel welcomed and part of the community throughout our stay in California.
As mentioned earlier, we were introduced by common relatives from Boston. As these relatives have gotten older, Alan continuously reaches out to them and checks for any needs they may have or surprise them with a gift. There's nothing for him to gain by doing this, it is just his genuine generosity to help and his example has inspired us to better take care of our own elderly parents.

Values driven family.
In our first interactions we could see how Alan was raising his small children and we quickly felt very comfortable allowing our kids to spend time with him and his kids. Simple, but core values like respect, acting with integrity, showing compassion and support to others, assuming responsibility and being accountable. Parenting is a 24/7 job so there's plenty of examples where these principles came to live. The key for us was to see his passion for doing the right thing and teaching the children to do the same.
This is also why we felt so comfortable and at the same time so thankful when Alan and his family received our teenage daughter for 2 months at their home when she got accepted for a summer program for international high school students at Stanford University in 2016.

His commitment to help the community.
Alan is one of the persons most committed to his community that we have known. This is not just about making a donation, but generously sharing his time and his house for multiple community activities.

- Every year the annual fundraising for the preschool will be hosted by him and his wife at their house. Several days of preparation and work for several years in a row.

- He will take care of his workers above and beyond his duties as employer. Many times when we gather for weekend activities he asked us to stop by a workers' home that was sick or that his kid was sick to bring medicine or a gift. Or a birthday present. He really leads his team with compassion. We even saw him lend his house for the wedding of one of his construction workers.
- He also committed his time with the Oakland Museum to support them. While we were not directly involved on this activity with him, we can testify for the passion and genuine and generous interest to help the museum by sharing his knowledge and contacts about art and making those available for the public.
- After we left California, he got involved in supporting Stanford Medicine Cancer Research and he reached out to us to join his efforts. And we came back to help him and saw once again his generosity and entrepreneurship combined to help the community.

We lived 7 years in the United States, 3 and half of them in California. It was a great and wonderful experience in a great country. And we were blessed by meeting inspiring human beings like Alan, a hard worker, an entrepreneur, but above all a man committed to his family, his employees, his friends and the community.

Sincerely,


Maria Ascorra and Felipe Toledo
Lo Barnechea, Chile – July 2021

Dear Judge Orrick,

We are writing this letter in support of Alan Varela.  We have known Alan and his family for about 18 years. We are not writing this letter simply because Alan is a fellow Chilean immigrant like us, but because we believe he is a man of integrity; loving, kind, and most of all generous in many ways.  We met Alan at the airport coming back from Chile, when he approached us because he realized I would be traveling back to the Bay Area from Chile alone (usually an 18-22 hour journey) in the same flights with 3 young children, so he offered to help.

That was just the beginning; Alan's help did not end at the airport. We have a daughter with an immune deficiency disorder who has been hospitalized numerous times through the years. Alan and his family have always been a source of support for us. Always checking in to see if we needed anything and how they could be of support. Similarly with our families in Chile, Alan would always let us know when he was traveling back to Chile to see if there was anything we needed for our families there, particularly my husband's mother who suffers from Alzheimer's and his sister from severe cerebral palsy. When our middle son had finished his Bachelor's degree at UC Santa Cruz and was looking to explore career pathways, Alan immediately offered to give him a job despite knowing that my son did not know what he wanted to do and was not fully committed to anything.  My son worked for Alan for about a year allowing him to explore the construction industry.  It was a great experience because Alan gave him from the most menial jobs (like changing toilet seats) all the way to some basic project management, allowing him to really value that every job is important. Amazingly, even during the COVID pandemic when we told Alan that my older son was unemployed and looking for opportunities, he immediately offered to help him as well.  I say all this because these are just a few examples of how Alan's generosity and willingness to help has touched our family directly.  He is always willing to support and offer his help despite no real benefit to him, or even at a cost to him.

As Chileans, both Alan and I have been privileged with the opportunity of obtaining advanced degrees in the USA, something that he and I have always acknowledged, respected and cherished. As a Latino, Alan not only developed a career in this country, but he has created multiple employment opportunities for others with his entrepreneurship. Importantly Alan has used his influence, knowledge and appreciation of the arts to help the community where he lives and works. Alan has been a tremendous sponsor of the local art community in Oakland. I recall when he purchased an abandoned warehouse in the area and, upon discovering that it had become a popular spot for graffiti artists, hosted and sponsored local graffiti artists to each paint a wall and showcase their art in a one night event. Once the show was over, some neighbors were angered as a few attendees vandalized surrounding buildings and homes with spray paint. Alan rectified the issue by paying out of pocket to cover up any unwanted graffiti saying that he wanted to preserve the reputation of the artists.

You will hear from many others about his support to Stanford University's Cutaneous Lymphoma Foundation, which is again an example of Alan's generosity and caring for others, including the need to support research for his wife's rare condition. We have been involved in

these efforts as well, and we can only highlight his selflessness and undoubted support to the cause.

All in all, we offer our unwavering support for Alan. A man we believe of great integrity, caring love, generosity, and willingness to help his friends and community.

Best Regards,

Francisca Azocar, PhD
Fernando Diaz-Valdes

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Honorable Judge Orrick,

     My name is Griffin Blake-Ward, and I'm a close friend of Zach and Lucas Varela. I'm honored to be writing on behalf of Alan Varela, the man responsible for raising two of my closest friends. I've known the Varela family for over 3 years now, and while my interactions with Alan have been limited, I know him to be only a good man.

     I have never met such caring, genuine, and honest people as Zach and Lucas, and when I first met Alan I knew exactly why they turned out that way. Zach and Lucas are both the type of people you don't want to ask for a favor, because if you do, they'll drop anything they're doing no matter how important. The concept of putting others before yourself is ingrained within them, and they know no other way. Alan did a great job of raising his children to be better people than anyone I have ever known. From what I understand, Alan is just the same. He looks out for his children's best interests' years down the line through tough love, and just the right amount of pressure. The whole Varela family is far from shortsighted with both Zach and Lucas constantly working on preparing themselves and their friends for whatever may come their way in the future. Alan does the same with them, making sure they study their accounting (something they've both struggled with despite my efforts), and get truly involved in everything they can within business, and within friendship.

     Honesty also stays at the forefront of Zach and Lucas' minds. I couldn't imagine a situation where either would even think to lie, they'd rather sacrifice themselves than sacrifice their integrity. Neither would ever think to cheat on an assignment no matter how inconsequential, or even take a drink from someone's fridge without first asking. I've known Zach for 3 and a half years, and he still asks the same questions whenever he walks into my apartment, despite always getting the same answer.

     Finally, when I visited the Varela's in California, I felt almost as if I was with my own family. Alan and Jen were both incredibly welcoming to the point that I almost felt awkward leaving. They were both caring, genuine, and would do anything to make my time with them better. I remember Alan teaching me how to cut Asparagus, which seems incredibly basic, but he didn't show an ounce of frustration and kept the entire night lighthearted. I've never seen someone command a cookout like Alan did that night, with dozens of family and friends running around trying to make the whole experience perfect. At the Varela house, everyone wants to help, and no one needs to be asked. They act for others without thinking twice.

     If Alan has even half the heart of his sons, I wouldn't hesitate to trust him with my life. In Zach and Lucas, I know I have two lifelong friends, and in Alan they have an excellent father who deserves only the best. Judge, may you consider Alan not only as a man of outstanding character, but as a man who would stop at nothing to care for his family, his friends, and even a stranger.

Sincerely,
Griffin Blake-Ward

Judge Orrick,

I am writing to you today regarding Alan Varela, a man of many phenomenal qualities.

I met Alan about 23 years ago through my husband, Mike Bradshaw. Mike had been working for a company as a controller when he met Alan and was immediately impressed by his warmth, unyielding respect, and tireless work ethic. It wasn't long after they met that Mike left his job to go work for Alan.

Immediately after Mike began working for Alan, our families became exceptionally close; for reference, we are the godparents to Alan's third son and are regulars at family events such as Thanksgiving and Christmas dinners. The more time we spent with Alan, one thing became incredibly clear: he cares about people.

There are so many instances that Mike and I have noticed Alan's genuine concern and support. Alan was the person who sat with Mike through my hip replacement surgery and he was the one who visited me every single day while I was recovering. Alan was the one we called when we had to put down our beloved dog, Kelly, and he was the one who left work early to comfort us. Alan was the person who took the time to check in on my mother and I when my father died and he was the one who always kept the wellbeing of my entire family at the forefront of his attention.

As if those previous examples weren't enough to show the kind of human being that Alan is, the pinnacle of his character shone through when Mike was diagnosed with Acute Myeloid Leukemia in 2012. It was an ugly, aggressive cancer that took the life of my husband in less than two weeks. Every single day during those miserable two weeks, Alan juggled comforting my dying husband, easing my torment, attending his wife's onsetting cancer symptoms, flawlessly fathering his five young kids, and overseeing his business. Every. Single. Day. Though he was devastated, he remained poised and did nothing but graciously provide. Towards the final moments of Mike's life, I became overwhelmed with fear. I stepped out of his room to call Alan and his wife and asked them to come to the hospital but I just couldn't bring myself to go back inside and watch my suffering husband die. When they arrived, Alan was the person who held my hand and brought me to Mike. Alan was the person who put my hand in Mike's. Alan was the person who gave me the gift of being part of Mike's last breath.

Judge Orrick, Alan has been transparent about his involvement in the events he has pleaded guilty to and has expressed to me his profound regret; but Alan is a good man who has gifted so much to so many people and I just ask that you consider my experiences with him while deciding his sentence.

Respectfully,
Kathleen Bradshaw

To the honorable Judge, William Orrick

Dear Judge Orrick:

We are writing this letter on behalf of our dear friend Alan Varela, to express our support of someone whom we have loved, admired and respected over the last 10 years.   We met Alan, his wife Jen, and his children, when our daughters and sons were attending the same school in our community of Lafayette, CA.  Since then, our families have remained close friends, through many life changes and even geographical moves, so we know Alan well and have a very good sense of his character and spirit which are based on qualities such as generosity, honesty, caring, and loyalty.

Alan is a man of high integrity and generosity in both his personal and business lives, and has served as an inspiring and influential mentor to many people in his wide community, including our children, and those of our friends.   There have been a number of times when we've needed his help, and Alan is always responsive and gladly shares his experience, his wisdom, and more importantly, his time.  An example that comes to mind is when we inquired about a walking path he had built at his home, Alan immediately mobilized a crew to perform the same work at our place out of pure friendship and generosity.

As long as we have known Alan, he has always expressed his genuine  interest in helping others and has demonstrated a life of service to those in need, whether it be building a business that provides employment opportunities to many; or putting his time, effort and financial resources into numerous charitable and philanthropic causes.  As a generous supporter of his community, he is held in high regard by the many organizations and meaningful causes he has helped.  These have included fundraising for LPIE, Pledge to Humanity, the Boys and Girls Club and the Stanford Cancer Center (who has provided treatment to his wife Jen).  He is also an important board member of the Oakland Museum, and passionate supporter of arts and culture.

Alan is a wonderful father, and together with his wife Jen, they have raised 5 amazing children.  He instills in them the same admirable qualities that he tries to live by everyday, such as respect, loyalty, hard work, responsibility and accountability.

We hope this gives you insight into the truly meaningful essence of Alan Varela's character, and how his generosity, wisdom and warm heart inspire us all in immeasurable ways.  Our lives, and the lives of so many others, have been significantly enhanced by knowing Alan, and we know that he deeply regrets his involvement in this case and the pain he has caused his family.  We sincerely hope that you will afford him the opportunity to continue to be such a positive, important and meaningful influence in the lives of his family and so many others.

Most sincerely,

David & Emily Breach

David & Emily Breach
4433 River Garden Trail
Austin, TX. 78746
925-360-0677

## BRODSKY MICKLOW BULL & WEISS LLP
### MARITIME LAWYERS

**Edward M. Bull III**
Partner
E-mail: ebull@
bmbwlawfirm.com

505 14ᵗʰ Street, Suite 900, Oakland City Center
Oakland, California 94612
Telephone (510) 268-6180
Telecopier (510) 268-6181
Website: www.maritimetriallawyers.com

BAY AREA/NORCAL
•
LA/LONG BEACH
•
SAN DIEGO

Admiralty & Maritime Law
Certified Specialist*

*By the State Bar of
California Board of Legal
Specialization

August 20, 2021

## VIA COUNSEL FOR ALAN VARELA

Hon. William H. Orrick
United States District Judge
United States District Court
For the Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

     Re:   *Alan Varela*

Dear Judge Orrick:

     I write to convey a few brief aspects of my personal knowledge and views regarding Alan Varela, which I hope may be of some relevance to the Court in his sentencing. My relationship with Alan may not be the most relevant to the issues that the Court has to evaluate, such as his business dealings. However, it is one of a family friend, and co-parent, and reflects Alan's character in settings where he had no opportunity for self-advancement, and no reason but to be his true self.

     I first met Alan in 2010 when he and his business were struggling with the impact of the 2008 financial crisis, and he and his family were living in a humble home they had rented after selling their home in Happy Valley in Lafayette. My ten year old son had a new best friend, Alan's son Sebastian, or Sebas. Upon first meeting this sweet boy with large Harry Potter glasses, my wife and I were struck by his impeccable manners, charm, and generosity ("Thank you Mrs. Bull, may I help with the dishes? Are you sure?"). Beginning not long after, with our first visits to the Varela home, we would for years experience and enjoy the source of this behavior (this selfless graciousness, this

Page 1 of 2

generosity and warmth, shared by all of the five of the Varela children), Alan and his wife Jennifer.

In all the years we have known them, Alan and Jen Varela have always made their home a welcoming place, insisting, for example, when we might come to pick up our son after a sleep-over, to join them and their four hungry sons, and spirited young daughter, at the crowded kitchen table for breakfast. In this type of intimate setting, we saw, again and again, how Alan calmly, and with humor, maintained order, and always teaching his children, by way of example, how to put others first. We also learned that this character was not limited to the kitchen table, but extended to the large family style dinners they would later invite us to at their rustic home in Napa, and to the fund raisers they would sponsor to raise money for cancer research at Stanford. We also saw, again and again, the Varelas' generosity, and their commitment to community, and we were warmed by the way they graciously inspired us, and all of our fellow guests, to join in that commitment.

I cannot speak to the charges brought against Alan, or the circumstances of his conduct that have landed him in this terrible situation, but I can attest, with the utmost heartfelt confidence, that what I have outlined herein, is who Alan Varela is, and illustrates what his true values are. Indeed, while admittedly based on my own speculation, I cannot help but to wonder if this aspect of his character and generosity may have inadvertently led into the trouble he is in today.

I hope that these observations may in some way aid the Court in its unenviable, and complex, task of this sentencing, and trust that I have not overstepped my bounds in my thoughts and opinions.

Respectfully,

BRODSKY MICKLOW BULL & WEISS LLP

By: _____
Edward M. Bull III

5 June 2021

Attn: Judge William Orrick
        United States District Court
        450 Golden Gate Avenue
        San Francisco CA 94102

Dear Judge William Orrick,

I am writing in steadfast support for Mr. Alan Varela. My husband James Willis and myself are closely acquainted with Alan and Jen Varela since May 2004, in both personal and art business relations. My husband has been an art dealer since 1972. From 2003 to 2019, he served 16 years on the White House Cultural Property Advisory Committee. This is a high distinction as each term lasts three years, and members generally serve one term. He was appointed a duration of 5 terms, serving under Presidents George Bush and Barack Obama. There are eleven total members during each term.

My husband and I are Tribal Art dealers by profession and were introduced to the Varelas as they developed an interest to collect tribal art. Jim and Alan shared a love for art and travel to art fairs over the years. We were involved in mutual art interests and soon developed a great bond and friendship which continue many years to present. We considered ourselves deeply fortunate with their grand friendship which we count as among our closest handful of special friends, amidst the vast acquaintances in one's life.

My husband was diagnosed stage 4 kidney cancer, and the Varelas proposed a celebratory gathering in his honor held at the De Young Museum in July 2016. This was a heartwarming highlight for Jim to celebrate life. The Varelas funded this event entirely, renting the museum, catering buffet dinner for 175 guests, including 36 attending from other states. I cannot express our gratitude and indebtedness for their amazing friendship and loyalty to gift us with this extraordinary gesture of generosity and kindness. It surpasses many levels, and it gave my husband encouragement to survive his continued journey and health ordeal.

I also know Jen through her personal challenges with cancer. They held phenomenal fund raisers to promote cancer research at Stanford for her rare disease. They have made a profound impact with their contribution. Throughout this time, they raised five incredible children, who are the definition of exemplary, as models representing the utmost best in community and family service.

The tight family is deeply rooted in solid values, integrity, loyalty, and kindness. I honestly cannot state another friend I consider at such high levels. As my husband passed away September 2019, he cannot add to my espousing of solid qualities and esteem I hold for them. I know Alan Varela as a devoted family man, a self made man as a young immigrant student from Chile who worked diligently to

achieve his success. He is a highly valued citizen. I know he has honorably conducted his business with integrity and is absolutely solid on all levels. He is honest and a hard worker. He should be allowed all considerations and leniencies for his case. I truly vow Alan and Jen I hold as highly commendable and meritorious, they are true mentors to many.

Yours truly,

Lin Chen-Willis

James Willis Tribal Art
1637 Taylor Street
San Francisco, CA 94133
tribalart@jameswillis.com

July 30, 2021

Your Honor,

I'm writing in full support of Alan Varela. Simply put, he is a gem of a man – always there for others without ever asking for something in return. His heart, generosity, and care for others is admirable. I consider myself fortunate to call him my friend; and I don't use the word "friend" lightly.

Friendships change as adults vs. childhood. With so much time allocated to family, jobs, and other responsibilities, there simply isn't time to waste unless your "extra" time is spent with people you genuinely care about and respect. And yes, I care and respect Alan.

My name is Jeff Cronk. My family and I first met Alan and his family when we moved next door in Fall of 2002. We shared a common fence and gate that both families used often; it wasn't long until we were all good friends. What started as borrowing a stick of butter, quickly became much more.

Part of what drew me to Alan was his business success. As I was struggling to keep my own business profitable, it was fascinating to hear Alan's tale; leaving a country he loved as a young man, cleaning homes in the Mid-west, and ultimately moving to the Bay Area to start several successful businesses. His work ethic, common sense approach, and ability to see opportunity remain the keys to his success.

Alan worked hard, but when he came home and "turned off", he's warm and positive; almost jolly. I enjoyed evenings with him grilling, talking, and sipping on his homemade Pisco Sours. His positive nature and optimistic energy were contagious.

As for business, I would have loved to have had the opportunity to work with Alan. I think I would have learned a great deal from him. The closest I came is when my cabinet company worked on several small project for him. He took a genuine interest in my business, in the team that worked on the project, and was generous with his compliments and appreciation.

I'd be remiss if I didn't comment on Alan's family; he's a great husband and father. Jen & Alan clearly enjoy each other as friends and adventurers. Their children are some of the most polite and responsible children I've had the pleasure to spend time with.

Finally, I would like to mention how much he has contributed to other communities, whether it be organizing school fundraisers at their Napa home, joining the local community bank, or diving into not only Jen's health battles, but others with the same condition. Alan looks beyond himself, it's part of his magnetism.

Thank you for taking the time to read my letter. I'm sure it would be out of process to contact me, but anyone who has further questions can reach me at (925) 980-9704.

I remain fully supportive of my friend. Cheers,

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick,                                   July 18, 2021

It saddens me to write this letter to defend the character of Alan Varela
because he's such a good man.

I've known the Varela family for five years. I've come to know and love their
family as my own. Alan Varela is good, generous, gregarious and a giant of a
man.

Good because he is a devoted husband, a wonderful caring father, and a loyal
friend.

Generous because he gives much more than receives. He shares whatever
abundance he has with his neighbors, friends and family. He's the first one to
put out his hand, reach for his wallet, and support you in any way he can.

He's gregarious. He loves people, the more the better. If friends drop by
unexpectantly, he welcomes them with open arms then sends one of his sons
off to buy more steaks. You never feel like you are imposing on him. You feel
welcomed and like family.

Giant because everything he does is bigger and better than the norm. He
dreams bigger, builds bigger and lives large. He has a passion for architecture
and design. He reads design books voraciously and imagines beautiful
dwellings where there is only empty space. Then, he makes them come to life.

Alan has the unique ability to improve our community. We hope that he will
be able to continue channeling his energy and talent to improve the Bay Area.
He can make a difference.

                                                Best,


                                                Sharon Dexmier

July 12, 2021

Judge Willliam Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Alan Varela

To Judge Orrick,

I have known Alan Varela for almost 15 years.  We met and became friends after my
son, Jeff, became close friends with Alan's sons during their elementary school years.
I'm proud to say that relationship has developed into a family friendship that has
remained in tact to this day and hopefully will continue into the future.

Over the years, Alan has shown to be an extremely generous, kind hearted and
thoughtful friend.  I have participated in events where he opened his home and
donated an extraordinary amount a time and energy in hosting successful
fundraisers such as Lafayette Partners in Education (LPIE) and Multidisciplinary
Cutaneous Lymphoma Research at Stanford where in one event he raised almost
$1,000,000 for research.

Alan and his wife, Jen, have also raised five extraordinary children.  They are the
most incredibly courteous, outgoing and well-behaved young adults I have ever
encountered.  Their traits, along with Alan's prodding, impacted my introverted son
in such a positive manner that it helped Jeff come out of his "shell".  Alan also took
an additional interest in my son by giving him his first summer job working at his
company's office.  Then, two years later, providing a recommendation that helped
Jeff get his first internship related to his college major of robotics and electrical
engineering.

On a personal level, I'm a Parkinson's disease patient and Alan has consistently
checked on me to insure I'm okay.  That thoughtful gesture makes a huge impact on
a person in my condition.  Alan's behavior has proven him to be a rare individual
through his display of care, generosity and human touch.  I have known very few
people with those qualities and it would be a shame for others not to have that
experience, therefore, I please ask for leniency regarding Alan's sentencing.

Respectfully,


Charles and Susan Dible

Señor Juez,

Yo Hidia Espinoza conocí a Alan Varela en el año 1976, porque el era amigo de su compañero de colegio Marcelo Jugo, el cual era mi pololo.  La amistad entre Alan y Marcelo y yo se mantuvo por todo el tiempo de nuestras vidas.  A pesar de la distancia, siempre estamos muy cerca y nuestro cariño intacto.

Conozco a Alan como un hombre emprendedor , humano y preocupado por los demás.
En el año 1988 escogimos a Alan como padrino de bautizo de mi hija Valentina, por nuestra amistad que nos une.

En el año 1996, Alan , nos hizo un prestamo de 25.000 dólares, para ayudarnos a comprar nuestra casa porque nos faltaba dinero para completar el pie con el banco.  Después de siete años, recién pudimos devolver el dinero a Alan, en todos esos años nunca nos pidió la devolución de ese prestamo, ni tampoco nos cobro intereses por el atraso.  Ese gesto de cariño no se olvida.

Durante el año 2002, mi marido y sus socios confiaron plenamente en un proyecto importante de trabajo con Alan ya que el es una persona con una trayectoria de vida confiable y transparente.  Después de dieciocho años el proyecto se mantienen con los mismos socios ascendentemente bajo directrices ordenadas en Chile.

El 20 de Noviembre de 2018 abruptamente muere mi marido Marcelo de un infarto al corazón . Alan viajo inmediatamente a Chile, llegando a su funeral para despedir a su amigo de la vida.

Por siempre estaré muy agradecida de Alan por su amistad, preocupación, cariño y lealtad por Marcelo por mis tres hijos y por mi.

Con su apoyo incondicional hacia mi, puedo sentirme mas tranquila, en esta difícil etapa de mi vida.  Es muy difícil explicar el sentimiento fuerte de la amistad que continua conmigo y mi familia y también con mi marido que esta al otro lado en la dimensión celestial

Atentamente

Hidia Espinoza B.

Dear Judge,

I, Hidia Espinoza, met Alan in 1976 because he was classmates with my boyfriend, Marcelo Jugo. The friendship between Alan and Marcelo and I has remained throughout all these years. In spite of the distance between us, we have always been very close and kept our love intact.

I know Alan to be an enterprising, humane, and caring man.

In 1988, Marcelo and I picked Alan to be the godfather to our daughter, Valentina, because of the great friendship that united us.

In 1996, Alan loaned us $25,000 to help us buy our house because we didn't have enough money to secure the loan from the bank. After seven years we managed to repay him and during that time, he never asked us for the money back nor did he charge us any interest. A kind gesture such as that is impossible to forget.

In 2002, Marcelo and his business partners decided to invest in a business with Alan because they understood him as a trustworthy and transparent person. Now, after 18 years, that business is still being run by the same group of people and has grown considerably.

On November 20th, 2018, my husband Marcelo unexpectedly died of a heart attack. Upon hearing the news, Alan immediately flew to Chile in order to get to the funeral on time to say goodbye to his life-long friend.

I will always be appreciative of Alan's friendship, concern, love, and loyalty to Marcelo, myself, and our three children. With his unconditional help, I am able to feel more at ease in this difficult time in my life. It is impossible to explain the bond that lives on between Alan and myself, my family, and Marcelo.

Sincerely,

Hidia Espinoza B.

(Translated by Zachary Varela)

To: Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

From: Armand A. Fermin
Department of Operational Medicine
2403 North New Braunfels
Fort Sam Houston, Texas 78234

Judge Orrick –

My wife and I have known Alan Varela and his family since 2018. We met them for the first time through a mutual friend and have maintain our relationship with them since then despite living in separate states and the challenges of COVID.

Our relationship with Alan, his wife Jennifer and their children was personal in nature. We were able to see firsthand what a generous person he was to those in his company. He is extremely attentive and interested to what you have to say as an individual.

Alan's strongest trait from my corner of the fox-hole (I am a retired Army 1SG and Combat Medic) is his attention to his family. I was amazed at how in-tune he was at all times to what his children were doing, where they going and most importantly what they had to say as individuals. It is a challenge being a good parent and positive influence to your kids in today's world; he seemed to do it seamlessly. Alan is also a very dedicated husband to his wife Jennifer. Whenever my wife and I were in their company, Jennifer's health and welfare was always paramount to him.

Alan is human and that is what I like about him most. He is a genuinely good person who has gone out of his way to help others; family and friends alike.

Armand A. Fermin
Department of Operational Medicine
U.S. Army

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick

I have been friends with Alan Varela for over a decade now, after we met at a fundraiser for the victims of the 8.8 magnitude Chilean earthquake in 2010.

Alan has been a solid friend, very honest and a person with the highest degree of integrity.
That is mirrored on the way they raised their children. Gracious tact, sympathy, respect and demeanour shared by their whole family. Exemplary people!

Family values were a big part of my upbringing, coming from a family where my grandmother raised 14 kids of her own... When at Varela's home, the "family feeling" is immediate. Everyone is welcomed in their home by Alan and his family as if you are one of their own. The caring and effortless generosity by them is second to none.

On a more personal note, when his wife was diagnosed with a rare illness, the way that Alan dropped everything he was doing to care for the love of his life, was something I will never forget!
One word comes to mind: Commendable!

I admire and respect Alan immensely, and wished that we had more people like him for a better society.

My best

Marcelo Freitas

Your Honor,

I, Tom Frye, am writing this letter to provide a character reference about Alan Varela. I have known Alan as a friend and as a colleague for a period of twenty-three (23) years. For a time, we lived in the same apartment complex in Oakland, California. Please understand that I speak as a former adjudicator and executive (GS 15) for the U.S. Department of Labor, as well as the owner of a business the SF Business times found to be among the fastest growing in the Bay Area (1993) as well as one the Best Places to Work In the Bay Area (2004). I provide this reference in full knowledge of Mr. Varela's agreement to plead guilty to charges related to contracting with the City of San Francisco.

It is with great pleasure that I can say I have complete confidence that few men have contributed to society in the manner in which Mr. Varela has. He is a major contractor in his field while at the same time raising a family of five (5) children…nonetheless, he provides civic responsibility to his community by serving on the board of the Oakland Museum (an endeavor he implored me to join) and he has heavily participated in developing funds for Cutaneous Lymphoma which, incidentally, Alan's wife (Jennifer) suffers from.

I am certain that raising five (5) children who are mannerly, well grounded, and intellectually curious, while at the same time managing the health of your seriously ill wife has to take a toll on your ability to focus…especially when you are working with a very autonomous partner.

I know Mr. Varela deeply regrets what has happened and the fallout has been devastating on all levels, both professionally and personally. In my view, I am not certain justice would be served by removing the head of this nuclear family at a time when his family is transitioning (four attending college) whilst he and his wife are battling a terminal illness.

During the years I have known Alan we have discussed all manners of subjects including his firm considering the purchase of my multi-million-dollar business...and it was at this time I became familiar with his approach to business and because of this experience I KNOW him to be hard working, **generous**, honest and a thoughtful member of his community.

It is my hope this statement permits the court to understand **WHY** we need Mr.
Varela **IN** the community.

Thank you for your consideration,
Tom Frye

**Coyote Coast**
Youth and Family Counseling, Inc.
A Licensed Clinical Social Work Group

104 Camino Pablo, Orinda, CA 94563

www.coyotecoast.org

July 6, 2020

Dear Judge Orrick,

I am writing this letter on behalf of Alan Varela. I worked with Alan, his wife, Jen, and their five children as a family therapist for 33 sessions during a timeframe of approximately 18 months between January of 2016 and June 2017. We had one of their sons in our program in individual therapy during the same timeframe. Family therapy was initially set with Alan, Jen, and the son, and in time, the family therapy involved all of their children.

We established Coyote Coast Youth and Family Counseling Inc. in December of 2005 to support teenagers and families during the challenges inherent in adolescent development. Since our inception, we have worked with over 1000 families. We maintain a solid reputation in the San Francisco Bay Area therapeutic community and within the national continuum of Therapeutic Schools and Programs for providing an assertive, collaborative treatment program. We provide family therapy, individual therapy, parent phone coaching, and crisis management.

Within my professional career, I have extensive experience in working within the Criminal Justice System. I was the primary Mental Health professional in the planning, creation, and implementation of the San Francisco Community Behavioral Health Court. I was the Deputy Director of Jail Aftercare Services from 1997-2006, and we worked closely with Superior Court Judges, the Public Defender's Office, the District Attorney's Office, the Probation Department, and the San Francisco Community Behavioral Health System to create a court that was consistent and clear about expectations of clients while maintaining sensitivity to clients with mental illness. We worked collaboratively to reduce the risk to public safety, the rate of recidivism, and the utilization of emergency services.

In our co-parenting work, Alan exhibited a loving commitment to Jen as her husband. He maintained a foundational respect for Jen's thoughts and feelings, as this is not an easy task in co-parenting during adolescence, as many parents can be split apart in their parenting due to the day-to-day stress and because of their own family histories. He was introspective about where his own history intersected with his parenting. As a result of this work, he was flexible in terms of accepting feedback about parenting, and he showed the most growth in implementing non-reactive limit setting and attuned parenting.

With his children, Alan developed this greater capacity to attune to their underlying emotions. He committed himself to active listening and assertive communication. He fostered individual relationships with each of them while he also promoted family connection as a larger family unit. He joined Jen in communicating their shared value of mutual problem solving and collaboration as a family, and this supported greater respect and safety within the family.

In closing, I was most impressed with the secure attachment within the family between the children, Alan, and Jen. They worked hard as a family to grow their foundation which was already present when we started in January of 2016. Please do not hesitate to contact me if you need any additional information.

Sincerely,

Alex Georgakopoulos, MFT, Co-Owner of Coyote Coast

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge,

As the founder of Pledge to Humanity, I've had the pleasure of knowing Alan Varela and his loving family for nearly 10 years. His children are long-time members of our youth-focused nonprofit, whose mission is to empower kids to become lifelong volunteers. Throughout the years, he and his wife Jen, have been so caring and supportive of Pledge to Humanity. He's someone who so clearly comes from a place of kindness and true belief in our mission.

Alan is not just a believer, but he's been personally involved and has hosted events for our organization. The Varela kids have been dedicated volunteers, locally and even joined me on service trips to India and Kenya. Not every parent is willing to put in Alan's amount of time and resources to ensure their children develop a passion for making a difference. His involvement in PTH is as real, truthful, and honest as it can get.

I work with a lot of families, and the Varela's have stood out for their selflessness and constant dedication. Alan is kind and compassionate– an honorable man and wonderful member of our community.  He's the real deal. I can confidently testify to his absolute integrity and character.


Sincerely,
Gaby Ghorbani
Founder & Director
Pledge to Humanity

Dear Judge Orrick,

I am writing this letter to express to you the relationship I have had with Alan Varela over the last 25 years, and my view of his character and how it has impacted my life and our friendship.

I feel honored that Jen Varela contacted me on Alan's behalf, knowing that he and I have been good friends for many years. She asked me if I would be interested in writing a letter to you as a character reference for Alan, and I enthusiastically told her that I would absolutely want to communicate with you my opinion on this matter.

I met Alan about 25 years ago, before his marriage and the start of his family of 5 children, when he reached out to me regarding a monthly rental of my vacation home, a Mediterannean style compound I owned in St. Helena, Napa Valley, at the time with my late husband, Brian Moore. I currently am the sole owner of this property, now with my two sons.

I recall clearly the first time that we met. It was over lunch in a restaurant in North Beach. Because I am so attached to the property, if the renter is local, I make it a point to meet the person, and assess if I want to turn over my keys to rent to the individual interested in the property or not.
I am very selective in my choices, and I am very intuitive and feel I have become a very good judge of character as I come in contact with dozens of buyers and sellers each year in my 35 year brokerage practice.

When I first met Alan, we discussed many subjects, including our mutual Harvard University studies, our interests, his family in Chile, his history coming to the US, and the property of course.
He made a point to tell me that he was renting this for his very dear aunt and uncle from Chile, and expressed how they would pay extreme care and attention and make sure it was treated as though it were their own.
I was impressed at our first meeting at Alan's sincerity, his warmth, genuinity, caring nature, intelligence, sensitivity to my needs and the way he described his affection for his aunt and uncle. I was absolutely committed to renting the property to him, with his visiting occasionally and his aunt and uncle who would be the primary residents. I remember walking out of that luncheon meeting glowing at the fact that this person I met, felt like someone I would want to know and develop as a friend.

As it turns out, Alan and his family fell in love with the property and became renters over multiple occasions, each time emailing me with photos of the beauty of the plantings in bloom. I recall one time Alan writing that he would pay per day the amount I charged per month as he thought the property was an absolute gem.  As I agreed wholeheartedly with his assessment, we formed a bond in common and developed a friendship through lunches, staying in touch by phone, etc.  At some point later, he married, started a family and purchased his own land in the Napa Valley, a dairy farm, and began developing the barns into residences for his growing family, a set of twins, two additional sons and lastly a daughter.

As I suffered an unexpected and tragic untimely loss of my husband and became a single mother of two boys, the youngest being only 9 years old, Alan reached out to me to offer support and help if there were something I needed at the property and otherwise. He became one of those friends whom I put in the category of those few special people I could count on in any time of need, who would always be there for me, as I am sure he is for his family and close friends.

When one suffers a traumatic loss, one becomes extremely sensitive and appreciative to those around who offer genuine and unsolicited love and comfort, and I am truly grateful to him for taking that role in my life.

During the horrific fires in the Napa Valley, Alan would drive up to my property, day or night,  just to assess how close the fires were approaching and he called me, often daily just to check in and suggested to me that he could have one of his property workmen stay at my home and be up all night long in case the fire came close, to wake me, and make sure I evacuated to safety.

As you may know this occurred several times in recent years, the risk of fire and destruction of property and frankly, death to those trying to evacuate from the fires. It has been a very traumatic period at times during these recent years.

Throughout all this, I have breathed and slept better knowing Alan was always there for me. He had water trucks he told me at the ready should I need them, and workmen to station at my home to protect me from harm.

I can truly say that no one else I know has put themselves out for me this way, during these traumatic events other than Alan, no one has driven over to my home day and night to assess its risk, no one has called me as often, and no one has offered to protect me that way Alan has.

I mention this because, it is inherent in Alan's nature to be this kind of tender, kind, protective, caring individual -  traits that are really quite rare and very admirable.

The Alan Varela I have come to know and love over these 25 years is a man of unquestionable integrity, a man of tremendous sincerity and warmth and caring for others, a man of enormous generosity, a man who always speaks tenderly and lovingly of his large family and what he can do for them as he offers to do for his circle of friends.

I can speak from the decades of friends I have had and known, that there is not one of my friends whom I could speak of more highly of than Alan in terms of his character, a character that has always been above reproach.

I implore you to recognize that this is a rare individual with impeccable character and qualities that I am honored to call my friend and for whom I would go to any length just as I know he would do for me. You are welcome to contact me at any time - my contact information is below, and I would gladly speak to you personally about the tremendous admiration I have and have always had for Alan as a person, as well as his incredible work ethic, that has brought him

to a place in life, where he started as a construction worker coming to a new country and making a life both for himself, his 5 children and wife,  and to support his family in Chile. One very rarely crosses paths in life with exceptional people like Alan, and my life has been blessed by his friendship and all he has given me over these last 25 years is something I truly treasure and cherish. I have come to love and admire him dearly.

Thank you for taking the time to read my letter to you, and I hope it resonates within you to understand the true Alan Varela, my dear and adored friend.

Respectfully,
Naomi Glass

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

10 June 2021
Re: Alan Varela

Dear Judge Orrick,

      I am writing to you today regarding Alan Varela, who I have known for about three years. For context, I met Alan by way of his son, Zachary, who has been my roommate and closest friend at Babson College since we started school in the Fall of 2018. Since this time, I have not just grown close to Zachary, but the entire Varela family including Alan, Jen, and their additional four children.

      By constant witness, I can speak very confidently about Alan's character through his fatherhood. When initially moving into college, I noticed how close Zachary and Alan were and how accepting and generally cool they both were. This would be the last time that I saw Alan until about a year later when Zachary and I chose to move off-campus to an apartment together. At this time, Alan and Jen had returned to Boston to move their son, Lucas, into Babson and visit Zachary. I was very graciously invited to Alan's birthday dinner at a fantastic steakhouse. It was at this dinner that I began to gain an understanding of the man Alan is. It wasn't anything that Alan said to me or anyone at the table that made me gain such a positive impression of him, but rather the way that others at the table treated him: with genuine respect and admiration.

      I quite frankly have never met children that have had more respect for their father than Alan's. Despite having five children, Alan is an incredibly involved father with each of his children. Oftentimes, I would overhear Zachary on the phone with Alan discussing various assignments or life in general whilst Alan was in the midst of a long drive to take his daughter, Valentina, to various events typically involving horses. In the case of his son, Lucas, I can recall about fifty occasions that Alan checked in to hear how every test or major assignment went (oftentimes not very well) to make sure that Lucas was staying focused and learning despite how busy Alan was at the time. I am always shocked that Alan has the capacity to ensure the success of and generally keep track of how his (FIVE) kids are doing, even if they were thousands of miles away at college in Boston.

      From my relatively short time knowing Alan, I cannot speak highly enough of his generosity and candor. I am thoroughly impressed by the strength that his children and Jen have, and I cannot stop to think how lucky I am that Alan raised such incredible kids for me to be friends with. Having specifically known Zachary and Lucas very closely, I am eternally grateful for Alan and the entire Varela family for treating me like an eighth member of their family.

      Judge, my only request to you is the following: please treat Alan with the respect that is rightfully shown to him by so many, he has rightfully earned it.

Respectfully,

Maxwell Goldstein
3 Avery Street Unit 308
Boston, MA 02111
max@maxwellgoldstein.com

**Samantha Good and Christopher Kirkham**

97 Tamalpais Road
Berkeley, CA 94708
(818) 239-2744
(510) 847-2672
Samanthabgood@gmail.com
Christopher.kirkham@gmail.com

22nd June 2021

**Judge William Orrick**

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Judge William Orrick,

We met Alan Varela in October 2019 at a birthday weekend for a mutual friend, who is also our former law partner at Kirkland & Ellis LLP, where we have both practiced corporate law for over a decade.  While we have only known Alan and his family for a relatively short time, we have become extraordinarily close during that period.  In the midst of busy careers it is very rare to discover and find time to embrace new friends, yet Alan, his wife Jennifer, and their children have quickly become among our most cherished.

One of Alan's most notable characteristics is how deeply understated he is about his personal and professional life.  Alan seems ego-less. He is always attending to the needs and troubles of his friends and family without regard for his own. When Christopher's father passed away in 2020 from complications with COVID-19, Christopher set about to build a workshop to honor his father's wood craftsmanship. Alan offered building advice and generously contributed many shop lights to the effort. Jennifer shared with Christopher a meaningful book that had helped her work through grief of the loss of her close family friend.

From our intimate experience with Alan we know Alan would be the last person to dishonestly aggrandize himself or act out of self interest.  Perhaps his generosity and selflessness could be misconstrued as self-serving by those who do not know him well. But Alan is that rare honorable character who would fall on his sword to avoid risking harm to anyone else.

From our first encounter, Alan and his wife Jennifer warmly welcomed us into their lives, telling us intimate stories about their humble beginnings, cherished memories of their children and sharing their passion and love for curating indigenous art and spending time in nature. We have observed them support the arts and take the vegetables they grow from the soil to the food bank.

We believe Alan Varela to be an honorable, kind, and dedicated father, husband, friend and community member. Thank you for the time and consideration.

Sincerely,

**Samantha Good and Christopher Kirkham**

July 28, 2021


Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA. 94102



Your Honor:


This letter is written as character reference for my long time friend Alan Varela.  I had the good fortune of meeting Alan many decades ago in San Francisco.  It was the late 1980's, myself being a recent (and must admit naive) transplant from the mid-west, and Alan also new to the Bay Area from Chile via Boston College.  Our connection was our disconnection from the lives we had known, and allies in navigating this new world called California.

For almost 40 years Alan has proven himself to be conscientious, dependable, genuine, fair, and trustworthy.   He has consistently shown up to help in multiple situations, from house moves to therapy sessions concerning ex-bad-boy boyfriends.  When my vision was impaired he drove me to and from doctors appointments and eye surgery at UCSF.   Alan shows up for kid's birthday parties and milestone celebrations.  If it is important, Alan will be present.  It is in Alan's nature to be helpful.  He is a rare and loyal friend.

I believe Alan to be an asset to our community and an upstanding citizen.  He is involved in many layers and facets of life here, from art and museums, to school and cancer fund raisers.   He has cultivated a happy home and wonderful family by keeping life in perspective and prioritizing what is most important.

I hope that these notes shed some light on who Alan is as an individual, not only a business person, but a source of strength to his family, friends and community.  His presence is valuable beyond his work life, and makes a tangible difference to those around him and beyond.

Thank you for reading.

Most Sincerely,


Corrie Gustafson/Punter
Burlingame, CA

2/Aug/2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Judge Orrick,

I have known Alan Varela for 11 years as fellow trustees of the Oakland Museum of California (OMCA) and as members of committees. In Board and Facilities Committee meetings which amounted to 10 - 12 meetings per year Alan was always one to voice his candid opinion about matters, never shrinking from discussing complicated issues. He has a natural style to draw people into discussions to gain their perspective which helped the Facilities committee and then Board come to practical decisions. He was certainly respected by board members for his communications style, transparency, and ability to tease out the key issues and help craft strategies and tactics to benefit the Museum in the long-term.

Alan and I have worked on several challenging issues dealing with construction, contracts, and bidding processes to obtain best bids for the benefit of the Museum. Alan has a tremendous amount of experience in the construction field, and he was always willing to review construction drawings for both design and estimated construction costs as part of his role on the Facilities Committee. He often provided recommendations on improving the design as well as lower cost by suggesting other methods of construction.  Alan had further major impact on the OMCA projects by reviewing bids and working with the OMCA construction manager to give insight on bids or work with the prime contractor seeking ways to reduce the bid either through reduction of contingency, suggesting changes in the method or challenging the costs. My experiences with him have shown him to be a person of honesty, integrity, and transparency in sorting out bid details and ways of reducing bids where appropriate. My observations in these discussions were that Alan's manner, approach and transparency were appreciated by all involved, whether with the construction manager or prime contractor. His efforts over our 4 to 5 contract experiences resulted in several hundred thousand dollars in savings.

It is noteworthy that Alan could have been a bidder on some of these jobs but once he knew too much about the bids he never asked to be considered for bidding on the work – that has always stuck with me as an indicator of his integrity.

I have grown to know, respect and trust Alan and would always be happy to work alongside him.

Respectfully,

Lance Gyorfi

Your Honor,

We have known Alan for years as an active community member and a devoted husband and father. We met Alan and Jen Varela in 2003 when our children attended preschool together and have since participated with them in multiple neighborhood, school, and philanthropic activities. Alan has been extremely generous in his commitment to many community causes. When our children first started preschool, Alan and Jen spearheaded the first major fundraiser for the school, opening their home, but also serving as primary organizers and cheerleaders for the effort. The goal was to raise scholarship funds as well as invest in much-needed capital improvements for the school. The fundraiser was so successful they were asked to continue the effort annually. This was a pattern that would be repeated with every charitable cause they became involved in. When their children entered the public schools, they continued engaging with the community by hosting the primary annual fundraiser for the Lafayette Arts and Science Foundation, again offering their home but also their tireless support for our local schools.

In 2007, Jen raised money for the Leukemia Lymphoma Society by a year-long effort training for the IronMan (another fundraising effort which they successfully roped us into).  They had previously been involved in several LLS activities after the death of Jen's brother from childhood Leukemia. But in this IronMan effort, they once again took their involvement above and beyond.  While Alan did not run this race, his unwavering support for Jen's effort and willingness to take over the household responsibilities for their five young children while she trained up to 20 hrs a week, is emblematic of his support for his family but also his compassion for others suffering from cancer and his desire to give back to the community.  After Jen's own cancer diagnosis, their support for all these causes did not abate, instead they doubled-down on their efforts to raise money for cancer research with their time and efforts. Their work with all of these important causes is rooted in their devotion to community and family and their commitment to helping others.

Running a business, volunteering your time to your community, and raising five kids is difficult in the best of circumstances, but doing all while your wife is battling cancer requires a herculean effort. And yet to us, Alan's most important achievement and the proof of his priorities and values is in the amazing young adults he has raised. We have watched Alan over the years be an active and devoted father to his children as he has led by example through his considerate and caring approach to everyone. We have watched him impress on each of them the importance of respect, honesty and integrity in all of their interactions. The children, for example, have been active participants in all of their parent's philanthropic activities from a young age. Even as preschoolers they were expected to contribute as best they could by running a lemonade stand to raise money for the Leukemia Lymphoma Society.  His children's respectful attitude and genuine kindness is so rare in young people these days that

most would find it downright old-fashioned, and their behavior is a direct result of their parent's values.

It has been a privilege knowing Alan and we can honestly say that his example has inspired our family (and many others) over the years to give more of our time and effort to support others. In all of our interactions with Alan, he has demonstrated nothing but compassion, generosity and an exceptional devotion to his family, friends, and community.

Sincerely,
Richard Hashim and Laurie Walter

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick,

I hope this finds you and those that work for your chambers well. I humbly submit this letter in support of Alan Varela.

My family and I have been frequent guests at the Varela's home, in the fifteen years we have known them, since my son and Alan's twin sons, Zachary and Sebastian, became fast friends during Kindergarten. For most of that time, I was an FBI agent—I retired in 2016, after a career working primarily in violent crime in Oakland. During our most recent visit to their home, the Varelas, understandably, discussed expectations of these proceedings, and I told them the truth. I have strong faith in our justice system, and throughout my long career, the rulings of the courts always made sense. I did not always agree with them, but I understood them.

It is with that faith, I submit my understanding of Alan Varela for your consideration. I am confident there are many who will better detail Alan's philanthropy, generosity and advancement of the arts in the Bay Area. There is a running joke in my family that Alan Varela is the Dos Equis Guy—the Most Interesting Man in the World, because of his effortless charisma and his slight Latin accent. Alan Varela is interesting, worldly but humble, funny and honest, and that is a rare thing in a person. However, the most sincere compliment I could give another man is that he is a good father, and Alan Varela, certainly and primarily is that.

I have had the pleasure of watching Alan's five children, Sebastian, Zachary, Lucas, Liam and Valentina grow from considerate and bright children into mature, respectable young adults who value dedication and hard work because of his example.

Alan and I both attended a father-son camping trip with our boys when they were in the third grade. At the trip, there was a boy neither of us knew well who stood out. He was awkward. He didn't fit in with the other boys on the trip, and was clearly not popular. During the trip, the boy's father announced very publicly he had to leave the trip to perform in a local choir event. The boy wanted to stay, creating an awkward situation that made us all uncomfortable. Alan Varela intervened, assuring the boys' father that the young man would be welcome with him, Sebastian and Zachary. It took character, courage and initiative to help this young man out, but it served as a powerful demonstration to his sons and me, of the importance of kindness and character. That weekend, I was concerned about giving my son my time, a few precious hours we could spend together. Alan gave his sons something more important and lasting, a lesson in compassion and kindness and the way you treat people, especially those that most need your help. As I look back, I realize he gave me and the other dads on that weekend trip the gift of that lesson as well.

Another instance I recall with less fondness demonstrated Alan's capacity for understanding and compassion in times of adversity. While Thomas, my son and Zachary were playing at our house, Zachary was injured. The injury was not serious, but Zachary did have to get stitches in his head and Alan and his wife Jen had to end a rare evening in San Francisco and race to the emergency room at John Muir Hospital in Walnut Creek. I was mortified, and concerned, but Alan showed remarkable forgiveness for my negligence. He understood instantly. Zachary was very mature even then, bravely accepting treatment and assuring everyone he would be fine, but I remember the way he relaxed when Alan arrived and told him he would be alright Zachary believed him. He trusted his dad to take care of and protect him, even from the things out of his control.

I know that same trust has been essential to his children throughout his wife's decade long battle with an illusive form of Lymphoma. Her illness has been turbulent, with frequent ups and downs, false breakthroughs that quickly dissolve into heartbreaking disappointment. Throughout this time he has been compassionate, positive and appreciative of other positive things in his life. He has truly made the best of an unfathomable situation. He and Jen have raised money for the Stanford doctors treating Jen, so they can better help future patients with her rare form of Lymphoma.

In this affluent area of the Bay Area we are all too familiar with the smug jerk. The man who has more money than his peers and forgets to be kind. Alan Varela, despite his self earned wealth, is not that person. He is an example of humility. He treats everyone the same: laborers and racehorse owners, Berkeley professors and beekeepers. Regardless of social status, economic status or privilege, color or orientation, Alan treats people with respect and dignity. More than that, he treats them as if they are as interesting as he is.

Alan is the rare man who wears no mask. He laughs easily and with great frequency. He holds your gaze and hugs you like he loves you. He finds the good in people. Alan shares his self-confidence with you. He is the embodiment of the American Dream. An immigrant, a self made man who treats all with respect.

I am not familiar with the US Attorney's position on Alan's motivation to break federal law. I suspect it may have something to do with greed. However, based on my knowledge of Alan, his kindness, charitable nature and that I have never seen him advance any of his interests at the expense of others, I would offer my own explanation. Alan has an immediate reaction to help others and he is driven to create, to build, to get things done. For Alan, a world where one neighbor helps plow a firebreak for another neighbor always makes sense. I cannot justify some of the other decisions that led to him pleading guilty in your court, but I firmly believe he would help any neighbor that asked for his help, regardless of how or why he knew them.

I know that if Alan Varela is given community service, he will accept it with humility and gratitude. He will devote himself to whatever projects he is given with his endless energy and pride in doing things as well as any person can. Alan Varela is deeply repentant and embarrassed, a thing someone as self-assured as him rarely seems to be. I firmly believe no

one will benefit from him serving time in prison, not him, not his family, not those that know him, and not the Bay Area.

During my time witnessing federal court I often heard the refrain from prosecutors of the need to send a message of deterrence at sentencing, a sentiment I respect and understand.  I am pleading the message sent after Alan is done standing before you includes the message that being a good father still matters.  That being a great father, like Alan indisputably is, remains the very best measure of a man.

Thank you for your service and for your consideration.

Very respectfully

Doug Hunt

United States District Court

450 Golden Gate Avenue

San Francisco CA, 94102

June 14th, 2021

Dear Judge Orrick,

My name is Thomas Hunt, and I have been friends with the entire Varela Family since I was about five years old. I am writing to you today in defense of Alan Varela's character, and while I'm unable to fully express how much respect and admiration I have for him in a short letter, I am proud to write in his defense.

Mr. Varela is a generous and kind person to anyone who has the pleasure of meeting him. Throughout his success, he has stayed loyal to his amazing spouse and family. He has raised five wonderful and hard working children, all of which I have the utmost love and respect for. They are all kind, loyal and incredibly gifted, and I'm lucky to have known them. He has also remained a kind spouse to his wife Jen, and throughout her cancer, has been not only supportive and gentle, but strong. Mrs. Varela is, similar to Mr. Varela, one of the best people on this planet.

But Mr. Varela's kindness and involvement does not stop with his own wife and children, but extends to anyone who has the pleasure of meeting the Varela family. Myself and my family have always been welcomed in the Varela household with open arms, and Mr. Varela has taken a genuine interest in my life and well-being. I still will never forget the time Mr. Varela scolded me for giving a one handed hug when I was 8, and while I was certainly embarrassed at the time, it's one of my favorite memories of him. Mr. Varela told me when I hugged people that way, it made them feel as if I didn't want to hug them. He had no intention of embarrassing me, but wanted to teach me a lesson about the way I treat people, albeit in his own way. He is unapologetically himself, not that he has anything to apologize for, and I have no doubt in my mind that the court will recognize his strong character, good nature and love for his family.

Thank you,

Thomas Hunt

July 31, 2021

Judge William Orrick
United States District Court
50 Golden Gate Avenue
San Francisco, CA 94102

Your Honor,

We have known Alan Varela for approximately ten years when he purchased part of the property that was once my aunt and uncle's dairy farm in Napa, California. It has been within the past two years that we have developed a friendship with Alan and his family as they have spent more time on the property.

My aunt, who is 89 years of age, continues to reside on the property. She lives alone and we are her closest living relatives. We go up to her home every weekend to man the acre+ she owns. Alan has developed a very caring relationship with my aunt making sure to check in on her periodically. Alan has made it a point that should she ever need anything to call him and he or someone from the family will be over to help.

Alan has offered to do a number of things for her and us with no expectation of anything in return. During one of his visits, my aunt shared that my husband was going to remove a deck in her backyard as it was rotting and replace it with rock. The next weekend when we arrived the deck had been removed and replaced with rock, just as my aunt wanted. During that week Alan had sent some of his workers to my aunt's who did the work. The next time my husband saw Alan he asked if we could pay for the work that had been done, and Alan emphatically said "no".

Another example of this is my aunt's driveway. Over the years the roots from a large pine tree had been cracking and lifting the blacktop. Once again, Alan had his workers remove the blacktop, cut out the roots and replace the blacktop.

Maintaining the acre+ involves yard work and weed abatement. The back part of my aunt's property is open grass which requires it to be cut down for fire safety reasons. The first year that we did this my husband was speaking to Alan about it and told him that we were going to purchase a weed trimmer. Alan said that we didn't need to do that and offered to let us borrow one of his weed trimmers as this needs to be done by hand.

This year Alan came up as we were doing the weed abatement and made the comment in jest the "Dave is too old to be doing that work. I don't want him having a heart attack. I kind of like having you guys for neighbors." We finished about 1/3 of the area that day. When we returned the following weekend the rest of the area had been completed. Alan had sent his workers over

during the week to finish what we started. A gesture that caught us completely off guard, and one with no expectation of anything in return.

These examples are just a few that speak to Alan's character. He is generous, caring and a genuine good human being. He offers and gives without a thought about "what's in it for me". We consider Alan and his family a part of our family and we are grateful for that friendship.

We hope this letter speaks to Alan Varela's character and aids in your leniency towards sentencing.

Sincerely,

Manuela Jacques
Chester "Dave" Davison

August 4, 2017

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

I am writing on behalf of Alan Varela, requesting that the court grant leniency in his sentencing.

I have known Alan for more than 30 years.  My relationship with Alan has evolved from being roommates in Boston, to Alan standing in my Wedding, to watching and sharing in the growth of both of our families.

Throughout my years of friendship with Alan, I have always known him to be a loyal friend, a dedicated husband and loving and caring father.  I have been fortunate to have had the opportunity to spend time with Alan and his family and have always admired the relationship he has with both his wife Jen as well as each of his children.  His children are growing into caring, respectful adults and I attribute this to the love, guidance and dedication Alan and Jen have given to their children.

I have also had the opportunity to observe the dedication and passion Alan has for his work.  When I first met Alan, he liked to say that he "dug ditches for a living".  I quickly came to appreciate the significant role Alan had with the company he worked for at the time.  This humility and dedication to his work is what impressed me most.  Over the years, I have listened to Alan talk about his work, as he grew his Company.  I loved the joy I saw in Alan as he described the work the company was doing and the opportunity it provided Alan and Jen to support their charitable giving, both in advancing the arts as well as supporting cancer medical research.

I again respectfully ask the court to show leniency in Alan's sentencing.

Respectfully,

David Julian

August 1, 2021


United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102


To Judge William Orrick:


My name is Eric Keffer, owner of Cole's Chop House, located in downtown Napa, California.
The restaurant is family owned and was established in 2000.  I can't speak on the charges
that Alan plead guilty too, I can only explain the character of the individual that I know.

I've known Alan Varela for over 5 years.  He and his family became patrons of the
restaurant, and we've developed a great friendship during this time.  At the start of the
COVID-19 pandemic Alan was extremely helpful with navigating through this difficult time.
Alan and I had conversations about how we could help our employees that were in extreme
need.  On several occasions he offered assistance to employees in order to meet their basic
needs, such as getting groceries, or using the pool at his home for a place for their kids to go
for a swim.  His principles and unification provided wholeness for our employees.  Alan
served as a mentor to myself, which in turn helped our employees with their day-to-day
living necessities.  He has a heart of gold and is extremely generous with his abilities to
provide for our employees.  Alan is a gracious man who continues to extend invitation to the
employees of the restaurant.  His integrity and sincerity has proven to be true time and time
again.

In conclusion, there are very few people that I would trust my children with.  Alan is an
individual that I would trust to make the best choices for them.  I am more than happy to
have a conversation, or meet in person to discuss any details.


Kind regards,


Eric Keffer
Cole's Chop House
Proprietor



**STANFORD UNIVERSITY SCHOOL OF MEDICINE**
**CUTANEOUS ONCOLOGY/LYMPHOMA**

YOUN H. KIM, M.D.
JOANNE AND PETER HAAS JR. PROFESSOR FOR CUTANEOUS LYMPHOMA RESEARCH
DIRECTOR, MULTIDISCIPLINARY CUTANEOUS AND T-CELL LYMPHOMA PROGRAM

780 WELCH ROAD, CJ220D
STANFORD, CALIFORNIA  94304-5779
TEL: (650) 725-3292 ♦ FAX: (650) 725-6937
EMAIL: YOUNKIM@STANFORD.EDU

June 3, 2021


Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Alan Varela

Dear Honorable Judge Orrick,

This letter is to provide supportive information that may enlighten the circumstances in Alan Varela's life during a period of immense family stress involving his spouse, Jennifer Varela. I am a Professor in Dermatology and Medicine at Stanford University School of Medicine and have served as the Director of Stanford's Multidisciplinary Cutaneous and T-cell Lymphoma Program for 30+ years. I have known Alan Varela since 2014 when Jennifer Varela became my patient. Stanford is a national and international referral center for this very rare cancer and the Varelas sought our expert care to improve her survival outlook.

Jennifer's symptoms started from 2012 with generalized skin eruption, and despite medical attention, it took more than 2 years to establish a correct diagnosis. Jennifer has stage IV, T-cell lymphoma, Sézary syndrome, and when we/Stanford team took over her care in 2014 from UCSF lymphoma group, her disease was in a very bad state. Jennifer was suffering from not only a life-threatening stage IV cancer, but the itching associated with this T-cell lymphoma was debilitating and the skin breakdown linked with this cancer led to recurrent, resistant infections. Her advanced lymphoma was refractory to standard systemic therapies, thus we enrolled her in a clinical trial with a new targeted infusional therapy that required very close follow-up for treatments and evaluations at Stanford. This new therapy, mogamulizumab, stabilized her lymphoma, however her lymphoma continued to be active, requiring additional systemic and radiation therapy. Patients with stage IV Sezary syndrome are on chronic therapy and the life-altering itching and skin symptoms take a huge emotional toll on the patient and the supporting family, especially the spouse. The median survival of patients with Jennifer's severity of stage IV/Sezary syndrome is 5 years, and I am convinced that Jennifer would not have been able to pull through these challenging years and still have hope for more years, if not for the tremendous dedication and wholehearted support by her spouse, Alan Varela.

I hope this summary will provide a helpful context of events over the last several years. Please feel free to contact me if you would like more information or clarification.

Sincerely yours,

Youn H. Kim, M.D.
Joanne and Peter Haas Jr. Professor
Director, Multidisciplinary Cutaneous and T-cell Lymphoma Program
Stanford University School of Medicine and Stanford Cancer Institute

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, Ca 94102

Dear Judge:

My name is Scott King. My wife and I are writing this letter in support of Alan Varela.

I met Alan almost eight years ago through my brother-in-law, Dennis Keating, a general contractor who was doing work for him. My wife and I are from San Diego and came to Sonoma after Dennis was diagnosed with multiple myeloma.

He was chosen as an early candidate for stem cell therapy at Stanford University. The stem cell therapy was very successful but left him extremely weak. But he had an almost total recovery and went back to work at a residential property called the Dairy. Eventually the owner was forced to sell it, and it was purchased by Alan and Jen Varela, the current owners, and over the next 8 years Dennis managed the construction.

He was forced to have a follow up stem cell therapy treatment a couple of years later. Alan kept Dennis on his payroll during that period, and along with his wife Jen provided great emotional support for him and our whole family. We became very close friends. Dennis kept working with Alan for the next few years even as the cancer progressed. The last year of his life became very painful. Through that time Alan still kept Dennis on his payroll, letting him work on his own schedule. Jen had become good friends with my wife and sister in law, Kelly, through this period, having us over to their house often, spending time with Dennis when he was bed ridden, and constantly making sure we were all okay.

During Dennis's last days, Alan and Jen spent a lot of time sitting with him, providing comfort and taking pressure off Kathy and Kelly through this whole period while we were also rebuilding our property which was severely damaged in the 2017 Glen Ellen fire.

As Dennis's cancer worsened, I had to take over the reconstruction project with very little experience. Alan was very generous with his time and offers of help. After Dennis's passing, he sat down with his surviving son, Kyle, explaining what was owed to him and purchasing equipment Dennis owned but Kyle had no use for. That included a large excavator even though Alan already owned five or six.

It's been almost nine months since Dennis passed away. Alan and Jen still stay in touch regularly becoming one of our few outside contacts during the Covid shutdown. I don't know anything about Alan's legal affairs or much about his business. But I do know for these last eight years, through the multiple myeloma, throughout the fire and its aftermath, through the Covid 19 and beyond Dennis's passing, Alan Varela has been there for our family.

For my wife Kathy, my sister-in-law Kelly, their 97 year old mother and myself, I ask you to please consider this letter in your sentencing.


Sincerely
Scott and Kathy King

**PETER & JENNIFER LARSON**
3978 N. Peardale Drive
Lafayette, CA 94549

Your Honor,

We wish it were under different circumstances, but we wanted to share our personal thoughts with you regarding the character of Alan Varela. We first met Alan and his family when we moved to Lafayette. The Varelas lived directly across the street from us and since we had children of similar ages, we immediately became friends. We raised our kids together by doing playdates, dinners, background sleepovers and family vacations.

The Varelas are like family to us so much so that our son often refers to Alan as a second father. During the time we spent together we can say unequivocally that Alan has always been a true friend and one of great character. There has never been a time where Alan has said no to lending a hand in helping someone out. Whether it be to look at our house plans when we were remodeling to make sure we had appropriate drainage for the project, to offering fatherly advice to our kids. All of this is evidenced when you meet Alan's children. The Varela children are the most well-mannered, overtly kind and polite children you will ever meet. It is a credit to Alan and his wife, Jen, who took the time to teach their children how important it is to extend a "firm" handshake and look in ones eyes when being spoken to, and that one should always be kind and treat others like you yourself would like to be treated, and to the importance of having a good work ethic.

Alan is the epitome of a dedicated family man and loving husband. We believe that Alan is a truly fine person, and one who consistently puts the needs of his family and friends before his own. We would ask that you take these experiences into consideration.

Sincerely,


Peter & Jennifer Larson

Your Honor,

My name is Jim Malmquist and I have known Alan Varela for over 12 years – Alan and I have had countless conversations about marriage and raising children. He has helped me become a better husband to my wife by providing his insights on being in a mixed culture marriage. Alan is a proud Chilean American, and is married to an American woman – I am an American man married to an Iranian American woman. I have always appreciated his ideas on how to understand certain cultural aspects. His point of view, patience and understanding have helped me grow as a man and especially as a husband. His advice of "do you want to dig in on your point to prove your right, or do you want to be happy?" This "higher level" of thinking has helped shape my approach in my marriage, and with life in general.

I have also admired how Alan parents his children. He has always required his kids to pull their weight, everyone is expected to contribute to making the family experience better. He holds his children to a high standard, even when it would be "easier" to let things slide, and make an exception.... he never does that, and has been a model of consistent parenting that I have learned from. Many times, as I am taking the easy way out with my kids, things like making their bed for them, or cleaning their rooms, Alan will come to my mind. I stop and think "what would Alan think of me if he knew I was doing this?" His leading by example has helped me parent my own children better, and I am grateful for his examples and our friendship.

Warm Regards,

Jim Malmquist

Dear Judge,

We became friends with the Varela's when our eldest sons went to the same preschool. As time went on, I had a connection with Alan because we both are immigrants in a country that offers so much possibility. Alan never took his success for granted he is a man of pride, taking care of his family and extending his gratitude to the community by hosting many events to support all kinds of causes that raised several thousand dollars throughout the years. I know this because I also sat on the board of our elementary school as the treasure and as a board member of LASF now LPIE. Alan, raised his kids with the same approach to life, work hard earn your success but always stay humble! It's a way of life not a cliché. Alan, values relationships which I also connected with, you always know where you stand with him, he expects the same of himself as he does of you. Another incredible gesture of his gracious manner was when he hosted a wedding at their Napa home for my cousin, knowing they could not afford to rent a place. It was this unspoken human kindness that we are missing in our robotic lives...stop to see and hear people. Alan treated my family as if it was his own, with dignity, love and respect. There are so many attributes about Alan, that I could write about, but I will share one last one. My mom is a 76-year-old single woman that speaks broken English, in a society that doesn't value it's elders much Alan always takes time to sit and engage with her, no matter if it's in a crowded party, or while we are having dinner, he understands the true meaning of honor, respect and value. Alan is truly in a category of his own!


Thank you,
Gilly Malmquist

Ron Marano
3642 Deer Trail Dr.
Danville, CA 94506
rmarano@buildgc.com

The Honorable Judge Williams Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

July 8, 2021

Re: Alan Varela

Your Honor,

I am writing this letter to you to provide a character reference for Mr. Alan Varela, who I know as a friend, colleague and mentor for the last 9 years. In 2012, my wife and I were introduced to Alan and his family by mutual friends after we relocated to San Francisco from Chile. Over the years Alan and I have become close friends. I have spent a considerable amount of time with Alan and his family; Christmas, Thanksgiving, vacations, countless dinners, and charitable fund-raising events hosted by Alan and his wife. I feel truly blessed to know such an amazing man and his family. I say that in all honesty, from the bottom of my heart. One of my treasures in life is being Alan's friend and being close with his entire family. Alan inspires me every time we are together. When I am around him, I see what it means to be a good husband, a loving devoted father, and a true friend. I have never met a better person.

I am sure you will receive many letters attesting to his humble character, his integrity, work ethic, and devotion to his family. I can personally attest to all of those traits. I would like to share one story with you today, so you can gain a little insight into Alan, and see him as I do.

In 2013, my employer in the Bay Area made my position redundant and terminated my employment. I had worked for the company for 25 years, and had thought that I would work there another 10 years, until my retirement. It was shocking news for me and I was having trouble accepting it and imagining what I would do next. I was walking around in a fog for several days. My wife and I were having dinner with Alan and his family at his house a few days after I received the news. That evening before dinner, I shared the news with Alan. I had only known him about a year at that time. I think he sensed that something was amiss, so I told him the news, and how completely unexpected it was and how I wasn't sure what my next steps would be or how it might impact my family. What could have been a very awkward discussion, instead became the launching point for my next career move. Alan's words and advice were positive and direct, he motivated me. We discussed ways he could help me expand my professional network. We discussed qualities/attributes/experiences that he saw in me, that he thought would be valued by companies. Bottom line is that he showed compassion for my

situation, offered to help in any way he could and provided solid, good advice. It was the talk that I needed. I had lost my father a few months earlier, and he was always my confidant, my sounding board.  I was missing that voice in my life.  I had spoken to several of my other good friends about my termination earlier in the week, and they all simply said, "That's too bad, you will be ok, do you want to play golf this weekend?"  Nothing helpful, nothing close to the honest discussion that Alan was willing and able to have with me. When I left that evening, I realized just how rare of a person Alan was, he took the time to listen, to talk, to coach, to mentor.  He went out of his way to help me. I am happy to say that Alan provided me the confidence and path forward to find another good job in my industry. A job which provided great experience and exposure, and ultimately led to my current position of CFO for a local Bay Area construction company.

Over the last 8 years, Alan has continued his informal coaching/mentoring relationship with me, and I frequently use him as my confidant, my sounding board. He has been a huge help to me, professionally and personally.


Thank you for your consideration.


Sincerely,

Ronald P. Marano
Chief Financial Officer
Pacific Structures, Inc.

Distinguido Señor Juez,

Por medio de la presente queremos manifestar y dar fé que conocemos a  don Alan Varela James desde hace unos doce años aproximadamente, cuando su familia vino a vivir a Chile por dos años para que sus hijos conocieran sus raíces familiares. En ese periodo (2010) fue el gran terremoto y maremoto en Chile y ellos no dudaron en partir inmediatamente en ayuda de los más afectados en el sur del país.

Cuando volvieron a USA, siempre mantuvimos el contacto con ellos y sabiendo que estábamos con problemas económicos, no ayudaron dándome un trabajo a mi y recibiendo a nuestro hijo mayor en su casa de San Francisco por un tiempo, no solo cuidándolo sino que además pagándole un curso de inglés en Berkeley. Siempre ha estado pendiente si tenemos alguna necesidad y ofreciendo su ayuda. Podemos decir sin ninguna duda que Alan Varela es una persona bondadosa y generosa y ha ayudado a mucha gente. Su único defecto es ser demasiado confiado con las personas, lo que lo hace pecar de ingenuo, en este sentido. Solicitamos respetuosamente a usted que considere esta declaración nuestra, ya que podemos, sin ninguna duda, dar testimonios de su gran calidad humana.

Agradecemos su atención y buena disposición.


Paulina Andrade Melo
Oscar Castro Aguirre

Distinguished Judge,

We hereby wish to state and attest that we have known Mr. Alan Varela for approximately twelve years, when his family came to live in CHile for two years so that his children could get to know their family roots. In that period (2010) there was the great earthquake and tsunami in Chile and they did not hesitate to immediately go south and help those that were most affected.

When they returned to the USA, we always kept in touch with them and knowing that we were having economic problems, they helped us by giving me a job and receiving our eldest son in their home in San Francisco for a while, not only taking care of him but also paying for an English course at Berkeley College. He has always been attentive to our needs and is constantly offering his help. We can say without a doubt that Alan Varela is a king and generous person and has helped many people. His only flaw is that he is too trusting of people, which makes him a bit naive in this regard. We respectfully request you to consider this statement of ours, as we can, without any doubt, attest to his great human qualities.

We thank you for your time and consideration.

Paulina Andrade Melo
Oscar Castro Aguirre

(Translated by Zachary Varela)

Dear Judge Orrick,

Alan Varela has been a paternal figure for me when I have needed guidance in my life. He has sat down with me to figure out what I want professionally and personally. He is the kind of person that will go above and beyond to make sure you are at your best where you want to be. Starting the year 2021 he made me, and all his kids, make a list of ideas of what we wanted for our future professional goals. His advice for the task was: whatever you write, be sure it's something you absolutely love. He went through all the ideas I had written, which were quite different from each other, and made one on point observation: "all your alternatives seek for independence". I know this remark might seem simple, but it is not. He could interpret my needs just by knowing who I was and what I wanted. He knows how much I appreciate freedom. This story resumes quite well who Alan Is, an observing, direct and genuinely loving person. He had no need to help me, but he did and my actual job, partly thanks to him, is highly related with liberty, design, nature and people.

As a Latin-American woman, I strongly believe that Alan is a wholesome human asset in the industry because he knows all the effort it takes to succeed. He's been exactly where all his workers are, and this is not something you see every day. He started his career painting houses, fixing furniture and doing every possible job to pay his college degree. He is a man of effort, perseverance and great intuition. Alan is a people's person because he can be in someone else's shoes and understand what they are going through. He takes care of his workers as he takes care of his family by building trustworthy relationships. He has permitted many families to have great opportunities because he's seen potential in hardworking women and men.

I feel incredibly lucky to have met Alan and his beautiful family. I'm a better person because of them and I´m more than certain that this world shines brighter because they are here.

Kind regards,


Sofía Mingo

# ANDRES MORAGA
## 579 SPRUCE STREET
## BERKELEY, CA 94707
### 510.717.9149
### andresmoraga@lmi.net

July 8, 2021

The Hon. Judge William Orrick
United States District Court
450 Golden Gate Ave
San Francisco, CA 94102

Dear Judge Orrick

I am writing in regard to Alan Varela.

I have known Alan Varela for about 20 years, originally as a client, but soon after, as a very good friend.

We both have sons with the same name, Sebastian, so we could easily relate as fathers. I have found Alan to be a very good father to his five children, something attested to by their very loving, kind and highly conscious personal characters. One does not commonly run into such well brought-up and considerate children these days.

Our conversations have also shown me that he is always concerned with the well-being of his employees, his community, his large circle of friends. And I have also seen this corroborated by his actions and the way he treats everyone with the same respect and consideration.

Indeed, Alan is one of the most generous people I know. As the saying goes, he would give you the shirt off his back. He is the kind of friend one can always count on.

In short, I believe that Alan is a very good citizen, making a real contribution to our society. I know that he generously supports art institutions throughout the Bay Area; his love of art is part of his spirit, to make the world a more beautiful place for everyone. He is not someone to keep the benefits of his very hard work ethic to himself – rather, he is one that shares.

Sincerely yours,

Andres Moraga (a US citizen, and resident in California since 1964)

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable William Orrick,

We have known Alan and Jennifer Varela for ten years. Our son, Aidan, was classmates with their son, Liam, in elementary school and our families have been close ever since.

If you really want to get to know Alan Varela, then please get to know his children. You have probably heard by now that they are polite and well-mannered and joy to be around, but that does not go far enough.

The Varela children take a sincerely genuine interest in their friendships with no expectation of anything in return except the friendship itself. In getting to know our family, they have invested a great deal of time, energy and love that we find unique and special. The Varela children are this way because Alan and Jennifer have taught them the value of friendship and have shown them how to nurture and care for those in their lives. For example, their son Liam would sometimes hangout at our house after school even if our son, Aidan, wasn't home. We loved this and came to realize that Liam had a relationship with the rest of our family too. The Varela children do this with pride, commitment and a genuine sense of obligation. We honestly can't say that about a lot of children. We see Alan's nurturing hand in their giving personalities and we, and our community, are better for it.

There is another point we would like to make about Alan in defense of his character. I (David) am black and the last year has been difficult given escalating racial tensions. I vividly recall a conversation I had with Alan about the time of the George Floyd incident and other US policies that seemed biased against people of color and immigrants. He was vocally frustrated and angry by the misdirection that society seemed to be moving towards. I never had any doubts about his character, but it was comforting to me to know that I had a friend with solid, unwavering principles who wouldn't set his aside these principles out of convenience. I truly appreciate that Alan does not see my color, but is interested only in my character. I think he's courageous in this respect and an admirable example in our community.

Alan is also a person who invites everyone into his home to share a meal and good laughs. He is the kind of person who gives his shirt off his back if you need it. When I (Marjolein) turned 50, Alan spontaneously offered his home in Napa to celebrate the day with friends and family. We have witnessed this kind of generosity over and over again throughout the years. Alan always extends invitations to friends and their friends without hesitation and he knows how to make everyone feel welcome in his home. Additionally, Alan has offered his home for extended periods of time to people who needed a place to live. He has a kind spirit and never asks for, or expects anything in return.

We hope you will take this into consideration as you consider Alan's future. Thank you.

Regards,
David Mosley and Marjolein Byl

June 30, 2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Your Honor,

We draft this letter to you in support of Alan Varela.

We first met Alan roughly 7 years ago through his wife Jen.  We had recently moved to the Bay Area from Canada and we knew very few people in the area.  Because our daughters were in the same elementary school class, we began to interact on drop-offs and pick-ups after playdates. They quickly stood out as a family that welcomed others into their lives, and it was clear that the Varela house was a place where everyone was welcome and encouraged to stay. When our first Thanksgiving rolled around, Jen and Alan were sure to reach out to us and invite us to their home for a holiday meal.  They felt a sense that everyone needed to be included and the spirit of inclusivity was second nature for them. Over the years of our friendship with the Varelas, we would often show up at their house and meet people from around the world who they had taken in: au pairs from Europe who needed a temporary place to stay, prospective medical and law students from South America who needed a home while waiting for admission letters. Whether providing the occasional meal or open-ended housing, the unifying theme with all of these visitors was the culture of sharing and generosity that typifies the Varela family. Whether that sense of community and inclusiveness comes from their Latin heritage or something more unique to Alan's family is not clear, but they have an openness and generosity that we have not experienced in other North American households.

What we didn't know during our first few interactions with the Varelas was that Jen was knee-deep in a struggle with cancer.  She was getting regular treatment with no clear end in sight. The chronic and unpredictable nature of the disease would take a toll on any family, but Alan's approach was noteworthy. Many husbands would frankly fall apart under the pressure of caring for a sick wife, shuttling around and caring for 5 children under the age of 14, while also being responsible for running a very large and demanding business. Through this time, Alan continued to host and financially support various community fundraisers, including medical research fundraisers and school charities, such as annual benefits for the Lafayette Partners in Education (LPIE). As much as possible, they continued reaching out to friends and the community, ensuring that their problems didn't diminish the way they helped others facing challenges.

We have always assumed that the inclusiveness and generosity that Alan Varela demonstrates is a result of his Latin American roots and the communal culture of "what's mine is yours". We also believe that this remarkable generosity comes from the fact that Alan grew up with a lack of material wealth. As a result of his financial success, he finds himself in a position to "give back" and support those around him. Further, he does so with no expectations of benefiting from his generosity. If he sees a problem that he can help resolve, he does so without hesitation.

Our hope is that Alan's years of service to the community through acts of generosity both great and small will be taken under consideration during his sentencing.

Sincerely,
Ruth Winchell-Moyes and Christopher D. Moyes
3684 Happy Valley Rd
Lafayette, CA 94549

Santiago, Chile June 28th, 2021.

Judge
William Orrick
<u>**United States District Court**</u>

Dear Sir:

I have known Alan Varela since 2009, I knew him, because being the son of Chileans, he sent his family to live in Chile for a couple of years so that they could get to know the culture of their Chilean parents and relatives.

On that occasion, one of his sons was in the same class as one of my sons and there the friendship began. During those years, Alan's family lived in Chile, and Alan worked in California and traveled frequently to Chile.

I believe that one of the things that helped the most to build this friendship was that I was an Officer of the Chilean Navy for 15 years and Alan's father as well, so it was very easy to share the same values and principles of honor, honesty and love of the country, which are taught in the Navy and are transmitted to the family.

In this letter, I would like to testify Alan's generosity and his continued help to the rest of the people close to him. I have two specific cases that show his generosity and the great person he is.

In my case, first I wanted my son to learn English and Alan received him at home as another son for 6 months, and he has done the same with at least 2 or 3 other boys from Chile.

And, after my son's stay in Alan's house, he offered me the opportunity to live the same experience that his family had living in Chile, but that I lived for a time in the United States with my whole family;
For that, he offered me a job in their companies and I was able to live and work in the US for a year and a half.

During this time that we were with my family in the USA, apart from giving me work, he personally took care of all the details of our stay, with an unusual kindness and generosity.

He bought a house especially to rent to us, considering the school my children had to go to. He cared about the car that I was going to use, and he supported us in everything necessary when one goes to live in another country.

But the most important thing was the constant concern he always had and continues to have towards me and my entire family.

Thanks to Alan's generosity, my family and I were able to fulfill the dream of living and working in the United States for a year and a half.

Also, during this time, working very closely with Alan, I was able to see his long-term vision and his concern for complying with legal regulations and support for society.


Yours sincerely,


Roberto Natho
Operational Excellence Consultant
Santiago - Chile

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

June 12, 2021

Dear Honorable Judge Orrick,

I am writing on behalf of my friend Alan Varela.  I have known Alan since 2003 when my daughter and his oldest twin boys were at preschool together.  Our families became friends and our children spent a lot of time together.

Alan is a devoted and loving father. All of his children are kind, friendly and unfailingly polite.  The Varela's are a close-knit family. They have always spent a lot of time together and their bond is wonderful to see.

During preschool Jen Varela and I co-chaired two large fundraisers to help the school build outdoor playground equipment. The Varela's opened their home to over 100 people for each fundraiser, raising over $60,000 for the preschool. In addition, we raised more money by hosting events such as a campout and a BBQ Pool Party in the Varela backyard.

Our fundraising efforts continued during our children's elementary school years where the Varela's opened their home several more times for fundraising events that raised over $50,000 for the local education foundation. For each of these events Alan was a warm and generous host, welcoming people into his home.

I hold Alan in high esteem, and I hope you will consider what Alan means to his family, and what he has done, and continues to do, for his community.

Sincerely,

Cassie Nevins

Dear Judge William Orrick,

I write to you on behalf of my dear friend, and a tremendous patron of the Arts, Alan Varela.  Alan and I first met through mutual friends more than ten years ago.

I have served on the Board of Directors of Festival Napa Valley during most of that ten-year period of time.  Festival Napa Valley is a non-profit institution focused on the Arts and musical education initiatives for both youth and adults.

During my tenure on that Board, Alan Varela has not only shown himself to be a true (and consistent) supporter of our Gala Event (and most other Festival events) each and every year, but Alan has also provided numerous other types of support to the Festival, and his participation and contributions have been instrumental in our ability to "give back" to the broader community of Napa Valley and also to help educate children throughout the United States in all different forms of Music and the Arts.

During that same period, my family and I have gotten to know Alan, and his wife Jen, and their five beautiful and bright children, very well.  We have personally witnessed what an incredible parent and family man that Alan Varela is, and always has been.

We take pride in surrounding ourselves with individuals who uphold strong family values and maintain a solid level of integrity, character and a sense of honor.  We know and can attest, from over a decade of personal experience, that Alan Varela is just such a person.

Sincerely,
Maggie Mitchell Oetgen

June 28, 2021


Dear Judge Orrick


My husband and I have known Alan Varela for 11 years.  We know him as an active contributor to our local and surrounding communities, always looking out for others.  We first knew him through his generosity, hosting fundraisers for LPIE, our local foundation that funds art, math and science programs in our local schools. He understands the importance of education, and the importance to supplement funding in order to give our kids the access to music, math and science education that will propel them as successful adults.


Secondly, we know him for his generosity in helping economically challenged and culturally diverse kids on our local youth rugby team. Lamorinda Rugby Club pulls from all over the East Bay from Oakland to Pittsburg and Antioch.  Many of these kids can't afford the fees, and equipment costs, but are eager to be involved in the sport.  For many this club and playing rugby has opened doors for College that they otherwise wouldn't have dreamt of.  Alan has been a key contributor for years to the Lamorinda Rubgy scholarship fund that supports these kids.  It helps them be active at the sport, teaches accountability, teaches teamwork and open doors.  I have been involved for several years as the financial administrator for the Lamorinda Rugby fundraising committee and have seen Alan's generosity firsthand. Without Alan's scholarship support, these kids would not be who they are today, and wouldn't have the opportunities in college education that they now have.


We're thankful for Alan's civic-mindedness and focus on looking out for youth in the community.

Regards

Liz Oh

Dear Judge Orrick,

My father always claimed that he could judge the quality of the parents by engaging with their children. In the case of the Varela family, he was right.

I have known Alan Varela for over 15 years. We've traveled together, stayed in each other's homes and spent lots of time with each other's family. Alan and his wife Jen are kind and generous people and wonderful parents to their five children, all of whom are inquisitive, joyful, respectful and extremely well behaved. Many times in restaurants the wait staff have gone out of their way to mention what wonderful kids they are (not a small thing in New York restaurants). As my father would have noted, the children reflect the values of the parents.

Having spent two years in Chile (Peace Corps 1968-70), I immediately felt a bond with Alan when we first met. As a dealer of antique African art, I was struck by both his broad knowledge of art as well as his keen eye. As a client, he is enthusiastic, passionate and straightforward. He always keeps his word. He is a man of character and integrity; a handshake from Alan is always enough for me.

There has never been any doubt in my mind about Alan's honesty and transparency. He is similarly well thought of by all the other art dealers I know (and they are a tough crowd).

Alan is a direct, open person, a great dad, and a highly responsible individual. I cannot say enough good things about him.

I respectfully ask that the Court in this case give this letter its full consideration.

Thank you,

Michael Oliver

REBECCA PARISH, M.D.

# COMPREHENSIVE WELLNESS WE-

July 11, 2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Your Honor,

It is my pleasure to write to you and describe my personal experiences with Alan Varela. Of note, I was not asked to write this letter - I reached out to both Alan and his wife, Jen, to ask their permission to communicate with you.

I have been Alan's physician for several years. Over that time, because of chronic medical problems that necessitate frequent contact, we have gotten to know one another quite well. Because of our clinical relationship, I may have glimpsed a different side of Alan than many: he is a devoted father, a supportive husband and a loyal son who believes in community.

When I see Alan, although some of his medical issues are fairly serious and there is always a lot to discuss, he never wants to speak about himself - we first catch up on what his kids are up to.  He always shows me new pictures, sharing how he is trying to work out with his sons in order to spend more time with them and discussing his concerns about how his daughter is liking school. He has been incredibly supportive of Jen, who is dealing with very serious illness, while also making sure his parents were looked after in Chile until their recent deaths.

I also know how afraid he is. He may not show it often, but he is terrified - not for himself, but for his family. I humbly ask for leniency for Alan - not as his friend (we have no personal relationship) or as his physician (there is no medical reason for leniency), but as a member of this Bay Area community:  I believe that Alan adds value for all of us via his unwavering support of and loyalty to those around him.

Thank you for your time and consideration,
Rebecca Parish, M.D.

REBECCA PARISH, M.D.

Dear Judge Orrick,

As the father of some of my closest friends, many of my fondest memories have taken place in Alan Varela's home. Aside from the innumerable hours spent with his sons, my interactions with Mr. Varela over the better part of ten years have always stuck out in my mind. While our conversations were often short, the respect, graciousness, and honesty he has shown towards me has impacted the way I believe people should be treated, and I am sure I am not alone in that sentiment.

Throughout the time I have known him, Alan Varela has impacted my life in a number of ways. Before I met him and his family, I was much more closeted and introverted than I am today. However, when I first talked to Mr. Varela, his sincerity and directness showed me the value in being able to open up and speak candidly with others, strangers or not. It may not sound like much, but the importance of looking someone in the eye while giving them a firm handshake is a lesson I owe entirely to Mr. Varela, and is one that has influenced the way I communicate with others for years.

I can also confidently say that Mr. Varela's virtues extend beyond himself. I mainly knew him as a father to my close friends, each of whom share his honesty and integrity. I believe the generosity and respect they have shown me throughout our time together is reflective of the principles Mr. Varela believes in, and consistently demonstrates.

While I may not have had the most extensive relationship with Alan Varela, he has had a tremendous influence on the way I think about and maintain my own personal relationships. I hope to repay the graciousness and respect he has shown me by showing those same virtues whenever I am able to.

Very Respectfully,
Timo Roberts

**John Rossell and Christine Murray**
3603 Powell Drive
Lafayette, California 94549
johncrossell@gmail.com
510-220-1437
ChristineLmurray@gmail.com
510-220-1438

Judge William Orrick
United States District Court                    DRAFT 6-30-2021
450 Golden Gate Avenue
San Francisco, CA 94102

June 29, 2021

Subject: Pre-sentencing Character Reference for Alan Varela

Dear Judge Orrick:

My wife, Christine and I have known Alan Varela since 2006, when we first moved to Lafayette from Santa Cruz. Over the intervening years of close association, we have come to like, admire and respect him. We write this letter jointly and, where appropriate, use our first names as stand-ins for first-person pronouns.

Our earliest interaction with Alan was in the context of John's efforts, as proposed President & CEO, to lead a local effort build a community-owned small-business-focused commercial bank, serving the Oakland-Orinda-Lafayette-Walnut Creek corridor. Alan was one of a small group of founders who initiated this undertaking, who recruited John and introduce him to prospective investors and to owner-operated businesses that might become clients. He also assisted John in recruiting his management team and in formulating the proposed bank's marketing and ongoing community outreach plans. The 2008 collapse and the subsequent 2020 COVID crisis, during which the Bank stood out as a major Bay-Area lender to owner-operated business (proportionally far ahead of the big banks in providing credit relief) are vindication of the vision of Alan and the other founders, who put up seed money and put their shoulders to the formidable job of building a bank that small business could count on, even in hard times.  John wishes to add, regarding Alan Varela, in this context, that Alan was not just a steadfast supporter, founder and investor in the Bank – he was a significant client. In his dealing with the Bank and with John personally, Alan was always, in every way, honest, forthright, and reliable – one of the first rank of those with whom John dealt.

In her own right, Christine is a not-for-profit independent documentary filmmaker and, in the years after the Bank opened, she was engaged in making a film about an important (and largely forgotten) early modern dancer. Alan appreciates the arts, and he took an interest in the Rainer project. He was most helpful to the filmmaking team in arts-community fundraising.

As a couple, in the period 2007-2018, we were participants in other fundraisers organized and staged by Alan and Jen on behalf of cancer research at Stanford University. These events were a great success because Alan and Jen are so much valued by our community. Alan was a supporter and director of the Oakland Museum of California and he recruited us to be members and supporters of this worthwhile enterprise.

More personally, from the day we met Alan and Jen, we were welcomed into their extraordinary family and often found ourselves at close quarters with that entire clamorous crew, Sebastian, Lucas, Zachary Liam and Valentina. These times together were always a revelation in cohesion wrought of family love and devoted and tireless parenting.

In closing, Judge Orrick, we wish to appeal to you to be lenient with Alan. We earnestly believe him to be a good and generous man, a contrite man. He still has much to give and our community will be a better place if he is part of it.

SINCERELY,

John Rossell                    Christine Murray

Dear Judge Orrick,

I have known Alan Varela since 1980 when I hired him as a 17-year-old in Santiago, Chile. I was sent to Chile in 1980 to start an auto financing business for General Motors. Once there we were tasked with staffing the new operation with locally hired talent. Alan was one chosen due to his enthusiasm and apparent level of intelligence. He was hired as a bank runner and worked under the supervision of the accounting manager. We funded our operations with short term local bank borrowings. As funds from banks were only available on a short-term basis (30 days average), promissory notes were being exchanged with the banks daily. Alan's task was to deliver new notes and retrieve the notes they were replacing. I didn't take long for Alan to realize that different banks were charging different rates on the notes. He brought this to my attention repeatedly and felt we were being unfairly treated by some of the lending institutions. Through his efforts a more equitable approach was reached with the lenders. Alan matured quickly and soon assumed more responsibility within our organization. I had a heart to heart talk with Alan about his future. He needed to continue his education. We agreed that he should probably pursue university level studies in the USA.

Shortly thereafter he left Chile headed for Boston University. I assured Alan I would be available for him in a mentorship capacity. He studied hard and at the same time worked full time for a utility company in Braintree. We stayed in very close contact and visited in person whenever we were able to do so. There is a lot to be said about Alan's character and his appreciation for our relationship. He always was respectful and gracious sharing his time with me and my family. He would go out of his way to visit and at times travel long distances to be with me and my family. My wife and I are very fond of Alan and my children are as well. During the years my children were growing up Alan provided them with solid life lessons which they adhere to in their day to day lives. Our family once planned a ski trip to Steamboat Springs and Alan came along. He actually took charge of the younger skiers. They all thought the world of him and to this day remember their friendships.

After all these years we maintain a close relationship with Alan, his wife Jen and all five children. Their friendship is so valuable and appreciated. We know that Alan regrets his involvement in this offense and we hope that you will consider the kindness he has extended to others throughout his life.

Respectfully,
John Sealy



1646 N. California Boulevard, Suite 250, Walnut Creek, CA  94596
tel: (925) 746-7770    fax: (925) 746-7776

Michael M.K. Sebree
msebree@donahue.com

August 10, 2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:     Alan Varela

Dear Judge Orrick:

     I am writing this letter on behalf of Alan Varela.  I have known Alan for approximately a decade and I am a friend, neighbor and have performed corporate legal services for Alan during this time.

     Alan is a leader in our community of Lafayette and he and his wife have been generous and tireless supporters of our schools through their donations and holding fundraising events at their home.

     As a friend, I can personally attest to the fact that Alan is a wonderful father and husband and has devoted many hours to caring for his wife through various medical challenges.  Alan is the type of person who would jump in to help you in a time of need, no questions asked.

     As someone who has worked with Alan professionally as well, I have found Alan to be an ethical and wise business man and well respected by his employees and colleagues, as well as by his industry peers.  He is someone who is respected, not only for his business acumen, but also for his integrity and generosity.  I have witnessed countless times where he has financially helped employees and friends who were beset with financial difficulties with no expectation to get paid back.  For instance, several years ago he loaned $500,000 to a family (with no expectation of repayment) in our community which saved the husband's business from bankruptcy.

     In conclusion, Alan is one of the good ones.  He is an irreplaceable asset to his family, friends and community and I feel fortunate to know and work with him.

Very truly yours,

Michael M.K. Sebree

MMKS:kyo

Señor Juez:

Me dirijo a usted con la intención de que en algunas palabras hacerle ver quién es el Sr. Alan F. Varela, un orgulloso ciudadano Norteamericano, a quien conozco hace más de treinta años; desde que era soltero. Alan es una persona que tomó la decisión de ir a vivir a Los Estados –unidos de Norteamérica, debido a que siempre ha encontrado en ese país, cosas que admira profundamente. Un país con una legislación que siempre ha admirado, donde la justicia está por sobre todo, donde las oportunidades se presentan para quien trabaja y se esfuerza duramente, un país donde la educación es de gran importancia, donde los valores son sumamente importantes y valiosos, en fin un país donde él quiso siempre vivir; tanto es así, que se casó ahí, tienen junto con su esposa a cinco maravillosos hijos, y junto con Jen, han construido una maravillosa familia y se ha hecho realidad el sueño de su vida, haber llegado de inmigrante al País que siempre ha admirado, haber construido una familia con su esposa y sus cinco hijos, quienes han estudiado y aprendido del ejemplo de Alan y Jen, valores que para ambos son primordiales, como el respeto, los principios de la religión, y por sobretodo la ética, el valor del trabajo y el sacrificio. Todo esto ha llevado a que Alan se sienta cada día más orgulloso de ser un ciudadano Norteamericano.

Debido a que lo conozco y muy bien, quiero mencionar algunos aspectos que lo caracterizan, una persona bondadosa, lo que en su calidad de Empresario lo ha llevado a dar trabajo a tanta gente, de lo cual se enorgullece, junto con ellos, en sus empresas ha construido obras de las cuales se siente inmensamente orgulloso, puesto que él siempre señala que todas sus obras hacen más grande y mejor a los Estados Unidos. Su corazón es enorme, ayudando a personas, artistas y gente común, sin darlo a conocer a nadie, lo sé ya que lo conozco y he sabido de las innumerables veces que ha hecho acciones de éste tipo, sé también que ha ayudado junto con su señora a instituciones contra el cáncer en Los Estados Unidos. En fin hablo de una persona de principios afianzados en la ética, en la transparencia, en sus buenos actos que se reflejan en sus resultados de tantas personas que se han visto favorecidos por du bondad.

Personalmente he aprendido de Alan muchas cosas como, sentirse orgulloso de pagar impuestos, ya que esto hace grande al país y refleja las utilidades de la empresa, el respetar las leyes, ya que si todos lo hacen ordena al país y lo hace surgir, el gran valor de la familia y sus valores que ha traspasado a sus hijos, como son el esfuerzo, la importancia de los estudios, la ética, los valores, la ayuda fraterna a quien lo necesite, el ser bondadoso y agradecido, entre otras cosas del país. Resumidamente hablo de una persona íntegra, de principios fundamentados en la ética y quien es un orgulloso ciudadano Norteamericano, que ayuda que quien lo necesite y se lo merezca, quien ha construido, no tan solo empresas y grandes obras, si no que una familia y amigos, quienes hemos aprendido de él lo que es el trabajo esforzado, la ayuda al prójimo y principalmente ser una persona transparente y de esfuerzo, que gracias a eso es ejemplo para su familia y muchos de lo que lo conocemos hace tantos años.

Nikolás J. Skoknic

Dear Judge,

I am writing to you with the hope that a few words will allow you to truly see who Mr. Alan F. Varela is the proud U.S. citizen who I have known for more than 30 years back from when I was still single. Alan is a person who made the decision to go live in the United States as he had always found things he profoundly admired about the place. It is a country with legislation he has always respected, a place where justice reigns supreme, where opportunities are presented to those who put in the effort, where values are extremely important, and, ultimately, a place he always wanted to live; he believed these things so profoundly that he ended up getting married there, and, together with his wife, had five marvelous children. He watched his dream become a reality; arriving to the country he had always admired as an immigrant, he created a family with his wife and five kids who all studied and learned from Alan and Jen the virtues of respect, religion, and, above all else, ethics and the value of work and sacrifice. All of this has led Alan to be exceptionally proud to call himself an American.

Given that I know Alan very well, I want to mention a few aspects of his personality that characterize him: he is a kind and compassionate person who, as an entrepreneur, has been able to give work to lots of people. Along with his employees, he prides himself on the work his companies do and is thrilled to be part of making the U.S. bigger and better. His enormous heart is evident through the way he helps family and friends, artists, and people he may not even know without ever expecting something in return. He has been this way since we first met and has acted selflessly an innumerable amount of times. I also know that he along with his wife have helped with cancer research in the United States. In conclusion, I am talking about a person whose principles are grounded in ethics, transparency, and in the good deeds that so many people have benefited from.

I have personally learned a lot from Alan such as being proud to pay taxes as it's what helps a country grow and reflects company profits, the importance of understanding and respecting the law because if everyone does it's what brings order to a country and helps it grow, and the great importance of family and the values he has passed onto his kids such as relentless effort, the importance of one's studies, ethics, helping those in need. Ultimately, I am talking about an integrous person of principles grounded in ethics who is proud to call himself an American; someone who helps those in need, who has built not only businesses that do incredible work, but businesses that have turned into family and friends who have all learned from him what hard work means. I am talking about a good neighbor and someone who is fundamentally transparent and hard-working. He is truly an example for his family and for all of us who have known him now for so many years.

Nikolás J. Skoknic

(Translated by Zachary Varela)

Dear Judge Orrick,

Alan and his family have been one of the most gracious and giving families in our community in the 10+ years we have known them. We first met Alan and family when their older son joined our son's soccer team. They hosted a group of twenty boys at their home for a memorable bonding experience. Each time I have been introduced to another member of the Varela brood, I am always pleased and impressed by their ability to look me in the eye, offer a firm handshake, and engage (no matter the age). More than once, I have bumped into Alan at the local grocery store, one or two kids in tow, buying provisions for that evening's dinner.

The Varela family cares deeply about causes, bother personal – like Jen's own affliction; and community-oriented – in support of our schools. Not just Jen and Alan, their children are always present, always working and supporting, and donating of their own time and talents. This entire family fives 100% to whatever they are involved in. They open up their homes and their heats to whomever crosses their threshold, and I have met many, very wonderful people. As a way of paying forward, Jen and Alan have supported us in our own awareness endeavors, celebrating the work and plight of immigrant artists.

We are deeply appreciative of their friendship and involvement in our community.

Sincerely,

John and Gen Topping

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge,

I had the privilege of meeting Alan 15 years ago at an event organized by the Chilean consulate in San Francisco. As we spoke together, we discovered many things we have in common. We both have bi-cultural families, we have a profound love for Chilean art, and we have similar professional backgrounds. As an architect, I can relate to Alan's field of expertise.

Over the years, I have become a close friend of Alan, Jenn, his wife, and their kids. Alan's family has always been his number one priority, and he is an exceptional husband and father. When his wife Jenn was diagnosed with stage four skin cancer several years ago, I witnessed the impact on their family life. Alan has been a rock for everyone, especially supporting Jenn in all aspects of her treatment and care. Above all, what has impressed me the most, is Alan's warmth combined with his wonderful sense of humor that permeates their family. His kids are a joy to be with and have formed a tight circle of love together.

During this time, Alan and Jenn worked with Stanford University to sponsor several fundraising events at their home. I have been fortunate to attend those events and to see their generosity in action. Their efforts have been very helpful in advancing research related to Jenn's rare form of skin cancer.

In 2015, when I unexpectedly became a widower, Alan was the first person to contact me. I could hear the genuine compassion in his voice and the pain he was feeling. There were many nights after that, that I stayed with Alan and Jenn and we talked by their fire pit, consoling each other. I will always be thankful for their caring and support.

Hoping to spend more time together in the future, we purchased a waterfront property in Chile.  We formalized our contractual agreement with a handshake, which was good enough for me.  While we have not been able to develop the property, I trust our partnership is forever secure.

I treasure the personal relationship I have had with Alan.  We have seen each other through challenging times, and Alan has always acted with integrity and kindness.


Sincerely,


Bernardo R. Urquieta  AIA.

# Kathrin "Kat" Walsch, MBA

935 SW 12th St, Newport, OR 97365 ☐ (541) 961-7826 ☐ katwalsch@gmail.com

June 19, 2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick,

I'm writing to share my personal testimony in support of Alan Varela. I serve as a major gift officer at Stanford Medicine raising funds to support faculty research within the department of dermatology. I first met Alan in the spring of 2016 through his wife Jen who is a patient at Stanford Medicine. Under the care of Dr. Youn Kim, Director of Stanford's Multidisciplinary Cutaneous and T-Cell Lymphoma Program (MCTLP), Jen was diagnosed with a rare form of non-Hodgkin's lymphoma. Faced with a stage four cancer diagnosis, instead of giving up hope, Jen and Alan resolved to join forces with Dr. Kim and her research team to help advance the research and treatment of this rare and devastating disease.

Scientific funding for rare diseases like cutaneous lymphoma is extremely limited. The philanthropic support of patients and families like the Jen & Alan is essential to make meaningful progress; it affords physician-scientists the best chance at discovering new treatments to improve patients' lives.

For Jen, taking action was necessary and a way to give her cancer diagnosis a purpose and offer hope for healing for others like her. Her vision was to host an event at the family's ranch in Napa to bring people together, educate them about the importance of scientific research, and raise support for the team at Stanford. Alan was fully supportive of Jen's vision and immediately dedicated the family's time, space, and resources to host a fundraising event in April of 2016. At the event Jen & Alan raised over $280,000 in support of the MCTLP; they provided a beautiful venue and fully covered all expenses to ensure that every dollar raised went toward support of Dr. Kim's research. In 2018, Jen and Alan hosted a second event, raising approximately $500,000 to advance cutaneous lymphoma research at Stanford.

Jen now serves as a member of our donor advisory council. All throughout the process, both events and in giving of their time and financial resources, Jen & Alan have been extremely conscientious of Stanford's policies and worked diligently to host the events with the highest level of integrity and regard for the institution. It's a rare privilege to work with such passionate and capable volunteers. Because of Jen & Alan's enormous generosity, commitment, and willingness to take on the majority of the planning effort and expense, both events were a tremendous success and the support raised has helped to spur research toward new therapies for this rarest of cancers.

Sincerely,

Kathrin Walsch, MBA
Senior Associate Director, Major Gifts

# Kathrin "Kat" Walsch, MBA

935 SW 12th St, Newport, OR 97365 □ (541) 961-7826 □ katwalsch@gmail.com

Stanford Medical Center Development

June 30, 2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA. 94102

Re: Alan Varela

To: The Honorable Judge Orrick,

I am writing to you today on behalf of my colleague and friend, Alan Varela, with the hope that you will see the wholeness of the man that stands before you in your courtroom. I have known Alan for close to twenty years, and in this time, his actions and words demonstrate that he is a man with solid values and a strong moral character.

Over the years, Alan was there to help guide me into the career of my dreams. When I lacked in confidence; he gave me the strength to move forward. I still have the post-it note in my office with his words of encouragement ... "know your worth... you can do this". When you talk to Alan, you always have his full attention, and he makes you feel like you are the only person in the room. He is genuinely thoughtful and kind and is always there to "roll up his sleeves" to help others when asked.

While I was stunned to hear about this case, it came as no surprise that Alan accepts full responsibility for his actions. I believe strongly that Alan Varela is a man of honor, a wonderful father and husband, and a truly decent human being.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing as I humbly ask that the court will show him some leniency.

Sincerely,

Christina Radisch Wells
3323 Walnut Lane
Lafayette, California, 94549

Dear Judge William Orrick,

It is sad to me that I need to write a letter in support of Alan Varela. Anyone who has ever met Alan can attest to his kindness, generosity and integrity.

My husband and I met Alan 16 years ago and it was the beginning of one of the most treasured friendships we have. My husband, who was a cardiovascular surgeon, and also was a caring man of integrity, curiosity and kindness recognized these qualities in Alan immediately.

Alan lends a hand to anyone he encounters and is always available to help in ways he can. When we were overwhelmed with construction flaws in our home, Alan evaluated our problems and sent his own crew to help mitigate any problems. He refused to allow us to pay for any of it. My husband was the same kind of person and always reached out to those with medical issues to support them…. "Just because it was the right thing to do".

I recruited Alan to the Oakland Museum Board of Trustees many years ago. I have watched with pride how he has made a difference to the museum through both financial support and especially through his technical guidance in the construction projects and major renovation the museum has undertaken while he was on the Board. Alan was MY greatest gift to my beloved museum!!

Alan quietly watches everything and everyone around him. I have seen him generously support a widow of one of his deceased employees not only financially but by inviting her to most holiday celebrations and dinners with his family so she wouldn't be left alone.

My husband passed away 3 years ago. One of the last people he called when he knew he was about to die was Alan to tell him how much he loved and admired the family man he was and what a good friend he had been. Little did my husband know how wonderful Alan would be to me after he died. He and his family were with me every night for a week just to give me strength and support. He teaches his children by example. Alan calls me frequently just to say hello and see how I am. He always connects when he knows something is happening in my life. He has included me on many family trips just because….

When his wife, Jen, was diagnosed with cutaneous lymphoma, it was quite a shock to the whole family. Alan was a rock to Jen and his 5 children. He has a positive attitude for everything. I watched him look at what this disease wrought on his beautiful, treasured wife with great sadness and then tell his children how they were going to get through this OK as a family. But it did take it's toll on him.

When you meet Alan's 5 children, you immediately see the kind of man who has raised these 5 outstanding, respectful, kind children…. Each who would also do anything they could for anyone they meet. I have traveled the world with this family and am always so honored when people mistake me for their grandmother. Who wouldn't be honored to have a son, daughter and grandchildren like the Varela Family?!

When I think of Alan, I think of his gentle arm reaching out for comfort and care. His watchful eyes making sure all is well. His calls in the middle of his busy day just to say hello and know you are not alone.

Alan has shared with me his feeling of regret for allowing these actions to define how he has run his business and how people perceive him. He strongly wishes he had made other decisions and will regret his bad judgement for the rest of his life.

Alan's attitude is whatever is his is yours... literally "Mi casa es su casa"! He is truly one of the finest people anyone could know.


Respectfully Submitted,

SANDRA WOLFE