# EXHIBIT 5

Letters of Support from Family

August 2021

Dear Judge Orrick,

Where do I even begin to describe the incredible man, husband, father, friend Alan Varela is? I know this letter will not be short. All I ask is that you read it until the end. A new chapter of our lives will begin on his sentencing date with you. I have to believe in my heart I did the best I could to show you who my husband is to me and not the way he has been portrayed in this case.

I have known Alan since Nov. 4, 1996, confirmed by my first entry in his aviation logbook. I learned later on that Alan had chosen me to be his flight instructor from my photo on the wall. Alan still chuckles when he tells the story and, even though when I found out it made me mad that it was my looks and not my credentials, it warms my heart every time he tells it. Thinking back to that first day meeting him as he walked down the corridor in shabby khaki shorts, old man tennis shoes and white socks pulled up to his knees, he gave me the most kind, genuine, straight from the heart smile. And there our friendship began. We started dating in June and in August he proposed. 2 months after that, on Oct. 3, 1997 we were married.

When Alan proposed so soon after our courtship began, I trusted him and his love for me completely. I didn't hesitate to say yes. I knew he knew the meaning of commitment. I knew if he had nothing or lost everything, I would feel the same and I would never leave his side. I knew, no matter what happened, he would always be by my side. We both took our vows very seriously. Here we are, almost 24 years later, having a life that has included 5 incredible children, dealing with an incurable form of cancer, having to sell our home we built to put money into the business, surviving an 8.8 earthquake.....the list goes on and on. Even the times we might not like each other so much, we always know there is a foundation of unwavering love.

How does a person sum up a character like Alans? It's nearly impossible. So many people reached out to me to tell me the same thing....there is so much goodness in him, how can you limit it to a few paragraphs or pages. I will bullet point just a few:

**Protective-** Alan never wanted to bring work into the home. Of course he did by working til wee hours of the night, working Saturdays, being on the phone ALL THE TIME, leaving at 3 am to check in on job sites, swinging by a job to check up on it after dinner in the city. He however never discussed business worries or problems with me. I remember once a person came to our house to serve legal papers. Alan firmly but kindly said, "I don't mix work life with my family life. You need to serve those to me at my office." I also remember him restless and awake many nights in a row in a way I hadn't witnessed before. I finally got it out of him that the business was really short on cash because of a job not paying. He was trying to protect me from these worries. I immediately said, "Let's sell the house if that will help!". And we did. And it did help. I honestly don't think he would have opened up to me if I hadn't pushed.

**Loving-** I'm sure by now you've read about my cancer. It's been a long journey. What I can say is that for as comfortable with death and dying as I am... this is a very ugly, uncomfortable cancer. The amount of times I've cried and Alan has wrapped me in his arms to comfort me and tell me I'm beautiful no matter what, are too many to count. Not once have I doubted his love or dedication to me. He has allowed, encouraged, supported me to pour my time and energy into raising awareness and funds for my doctors research at Stanford. Without

advances in science I probably wouldn't be here today and until there is a cure, my life depends on those advancements to continue.  Alan has always supported opening our home up, not only to my Stanford fundraising, but to help raise funds for the preschool, the elementary, middle and high school as well as the Leukemia and Lymphoma society, the Tribal Arts Foundation, Pledge to Humanity...... just to name a few.

**Generous and kind-** This is almost to a fault.  I've actually gotten into more than one argument with him in regards to this.  Alan is so quick to help a friend... whether it's building a deck, doing a pathway, giving construction or drainage advice, lending money, always paying the bill when we are out for dinner with friends and family etc. etc. etc.  And he never ever asks for anything in return.  Whenever people reach out to him to support their cause he always does by making a donation or attending the event or offering our home.  A recent example of his kindness is when one of his employees came down with COVID and was hospitalized. They started a Go Fund Me page.  Alan committed to matching what they brought in, which was over $20,000.  He's also continued employees salaries while they have been unable to work due to illness or family emergencies. (These are things Alan has not told me himself but I've been told by people at the company).  Another small example, is how he'd always send our gardener and the boys up to do weed abatement of our neighbors property. George would ask who we used to cut our grass and instead of giving Francisco's number, Alan would just send him and the boys up. He refused to take money from them.  Who does this kind of thing?  Alan does.

**Committed-** Once Alan says yes to a dinner, trip, project, or a commitment of any kind..... he goes through with it no matter what.  I have asked numerous times throughout our marriage if we could cancel plans because I was tired etc. and he will never back down because we "made the commitment."

**Loyal-** I know no one who is as dedicated to keeping in touch with family, friends, business associates the way that Alan does.  He has sat me down many times to explain the importance of this and wishes I would stay in touch with friends from my past.  I don't keep in touch with a single high school or college friend.  Alan makes it a point  to keep in touch with the people in all facets of his life.  And he's so genuine about it.  Every Sunday for example, he makes a morning call to talk with his Uncle Papi on the East Coast.  It's a conversation filled with laughter and deep conversations... I smile just thinking about it.  We as a family have had to sit through a number of calls in the car as he catches up with friends and family.  Sometimes to my dismay.

**Hardworking-** Alan is driven to work incredibly hard for the things he wants and to have the ability to provide for his family.  He grew up in a very modest household but surrounded by very well to do families since his mom was an english teacher at the best British school in Chile. (Alan was able to attend this school because of his mom's job)  He has not only not received an inheritance from his Mom and Dad, he financially supported them the whole time we've been married until their recent deaths this past year.  He's also supported his brother and sister as well as my parents when they've been in need, not to mention my brother who is a spastic quadriplegic.  When Alan's Godfather was close to passing away, Alan was unknowingly taken out of his will and all the proceeds went to his sister and brother.  We later found out Tio Sergio thought Alan had enough money.  I was super upset about this just because of the principle alone.  It was almost as though his hard work was being punished.  I also know Alan would have just passed the money to his brother and sister without being asked.  Instead of getting angry, Alan just accepted it and didn't let it bother him.  He never lets stuff like that bother him. That is the epitome of my husband.  He sees the good in people and those around him.  He keeps his head held high and just keeps moving forward.

Alan's work ethic is relentless…. he is a living example of what it means to be an entrepreneur and to live the American dream.  Try and try again and never ever give up… no matter what. I, in a million years, could never keep up with his drive, energy and commitment level.  He always has "12 irons in the fire".

**A Role model-** Every year (before Covid) we have hosted the company Christmas party at our place.  During the summers we have hosted a company barbecue for the employees in the field.  Every single time, numerous employees will come up to me telling me what an influence Alan has played in their lives.  They talk about how they have never seen a man juggle so many things and stay on top of it all.  They talk about how even though Alan is super tough and has high expectations, that he always lends a hand or gives advice.  That Alan's ability to recall specific details on all the jobs and know them inside and out astounds them.  That he's a sleuth to detect mistakes and identify issues with jobs.  That he is so well respected amongst all the companies and inspectors for his directness and honesty and being a straight shooter.  That you always know where you are sitting with him.  That he is fair.

He has also been an incredible role model to our children.  He always pushes them to do their best.  To work hard.  To be engaging with adults.  To be loving, kind, respectful to their friends and to each other.   Alan is amazed at how the kids friends don't know what their parents do when asked, so Alan has made it a point the kids know first hand about what he does.  Alan tells the kids his story of coming to the states and losing everything.  To figuring out how to make ends meet and be creative on how to find work.  He has a story about finding cleaning jobs on the board in the dining hall at school.  Instead of taking one down, he took them all and started a little cleaning company.  He's taught them the value of family.  He supported me and the kids to move to Chile for two years while he stayed back and worked.  He'd visit a week out of the month.  This has allowed our children to become global citizens, to embrace new languages and cultures and to really value their heritage as both Americans and Chileans.  Alan has taught them the difference between a real laugh and a fake one.  When Alan is with someone and he laughs it comes straight from his gut and soul.  It is real and genuine.  The kids always make fun of my "fake laugh" and always tease me when it happens.  He has shown the kids by example what it means to be a provider.  The importance and value in working hard and allowing me the space and energy to be a Mom…. something that I feel supported and loved for.

Judge Orrick, I know Alan is remorseful for his part in this case with the city.  The irony of the situation with Alan and his wrongdoing is that ever since my kids were little, we've always parented by setting rules and having consequences for breaking rules.  This, in my mind, has shaped my kids into the kind, respectable, law abiding human beings that they are.  I've also said to the kids, "Never put me in a position where I need to defend your goodness".  Both of these things have come to me head on.  I know it's up to you to decide how Alan's lack of judgement and wrong doing will play out in consequences…. something I believe in.  I pray you see from me, our children, his family, friends, business associates, employees that he is a good man.  I know he regrets his decisions and if he could turn back the clock he would do things differently.  I respectfully ask for as much leniency as you can give him.  I know in my heart of hearts, that no matter what you decide, good comes from everything and we, as a family, will find the silver linings in this as well.

From the bottom of my heart, thank you for reading this.

Jen Varela

Dear Judge Orrick,

My name is Sebastian Varela, I am Alan's oldest son. I'm not quite sure where to begin for a letter of this significance. Especially considering that I never thought I'd have to write testifying my dad's character. I suppose being his first kid there is a familiarity to his character that others may not have. However, in comparison to the rest of my siblings my relationship with my father and family has been different. I tend to outcast myself, to be honest I am not sure why, but I do. Every time my father sees me pushing away he tries to pull me back in. Relative to other families, my dad upholds family time. He has his own ways of showing it, but he is a loving man. He is always trying to keep me around and to never lose me as his son. Not only just trying to keep me around, but he is always trying to ensure that I am happy with the family. Whether it be family therapy or doing something that I love to do, he is constantly working to make me happy. That doesn't go for just me, but also for my siblings. He has supported, cared, tended, raised, and loved five children. Many people joke about how even one kid is a lot of work, yet he has put 200% effort into guaranteeing his children are exemplary individuals. It took me maturing a bit to fully grasp that all my father wants for my siblings and I is to be happy, successful, and possess a functioning moral compass. I'm sure you're aware, as is everyone else in this world,It is difficult to find a proper moral compass, especially at a young age. Thankfully, I always had my dad there for me. Since I could make decisions of my own, my dad has put tremendous amounts of energy into mentoring me and helping me find my own moral compass. From simple manners such as holding the door open for a lady, to shaking someones hand and looking them in the eye, to how to support friends and family, he is always guiding me. Even at a young age I was also taught work ethic and how to earn my things, not necessarily through hard vigorous work, but also through the way that I treated people. By earn I mean both fiscally

and respect. For example my dad has a rule that if I want to work for his business I have to spend time in the field, with a shovel. At first I thought it was just to gain some work ethic, but as I worked out in the field I learned that it's about understanding, respecting and putting myself as equal with all people. Even while not present my dad is giving me opportunities to learn, grow and mature. Often just raising five kids is difficult, yet he is striving to help us become the best versions of ourselves. All of this and he is also taking care of my mom who has had lymphoma since I was in eighth grade. Not once did my father stop supporting my mom, I don't just mean with the medicine, but also with her morale. This illness tore my mom apart because it physically and mentally defeats you, from chemo and radiation to immunotherapy and prednisone it defeats you. Yet every day my father reminded my mom just how beautiful she is and how strong she is. Of all people I truly believe that my father gave my mom the courage to push through every day and on top of that to still smile even with cancer. In my heart, to be able to make someone with a terminal illness smile is a gift. He also has supported friends and families that do not have the support most do. He is a welcoming man and always embraces new people. For example, every thanksgiving he always hosts a dinner with friends that don't have places to go for thanksgiving. I don't remember a Thanksgiving (besides last year with Covid) that we've had less than 40 people at our table.  I am aware that my father also has a philanthropic side to him as well, but I don't know all the details. However, I am knowledgeable that he has donated money to the rugby team that my siblings and I used to play for. The rugby club travels internationally each year, but some students can't go due to financial reasons. My dad has given kids the opportunity to travel abroad that they may have never had. Even with kids he does not know, he still finds opportunities to provide a lifelong memory for them. Relative to the rest of the world, I am lucky to have him in my life. In my eyes and heart he

has been the best role model I could ever ask for. He has always displayed the good qualities of a father, friend, husband, son and human being. If I had to choose some adjectives to describe my father I'd say he is loving, caring, courageous, optimistic, wise, fair, ambitious, forgiving, giving, respectful, accepting, selfless, moral, considerate, thoughtful, and many more. Words will never do justice for how I see my dad, and I'm sure how many see my father. Set aside what is happening, I hope to share the same virtues, morals and qualities my dad has. I suppose I should thank and appreciate this opportunity, writing this letter has given me an appreciation for my dad that I didn't quite have before. Well I should be thanking my dad for giving me the most important quality for a time like this, optimism.

Thank you for your consideration,

Sebastian Varela

Judge William Orrick

United States District Court

450 Golden Gate Ave.

San Francisco, CA 94102


Your Honor,

I am Zachary Varela, Alan's second-oldest son, and I am writing to you today in order to testify in support of the man who has given me everything.

I was once asked a question in school, "If you could pick any person, dead or alive, to have dinner with, who would it be?" While most other students picked immensely brilliant figures from our world's history such as ancient war heroes or civil rights leaders, I picked my dad. It is no secret that I admire my father; every time I'm told that I'm like him it's nearly impossible to keep my grin from showing. But I am not alone in looking up to him and there is a reason for that. He isn't without flaw but his selflessness, discipline, enthusiasm, and humility have garnered the respect of hundreds, if not thousands. It is my hope that some of my experiences growing up as Alan's son will shed some light on who he truly is as a person.

During my sophomore year of college, I took a class about how to navigate the professional and personal complexities of being in a family business. In the class, students would work closely with a member of the family business they were part of and one of our assignments was to create and compare a list of our top five values with that person. I remember seeing my father's list and, looking back at my life, realizing how perfectly he lived up to each one. They were as follows:

> **HAPPINESS -** This was the most important value to my father. Defining happiness is difficult; characterizing what provides happiness is even more so. But over the course of my life I have noticed what brings him joy and it all stems from his selfless ability to bring joy to others. It is the act of sharing that makes him happy, whether that be singing along to Mary Poppins with his kids, pouring another glass of wine for his friends, or giving some construction equipment to a

neighbor. Knowing Alan is to know genuine generosity; one begins to wonder if he's selfishly selfless because of the radiating smile that overcomes him every time someone benefits from his kindness. This value is also exemplified by who he is as a family man. Happiness is synonymous with family to him; having us kids around means the world to him and his appreciation is shown through how he treats us. He is constantly trying to get us involved in his interests or gifting us unforgettable experiences and nearly all of my fondest memories contain my dad at its core. I will never forget the time he took me to the Tribal Art Show and encouraged me, a then 12-year-old, to negotiate the price of a piece we both liked, or how together we planned and took a trip to Japan. I plead that you see that the world benefits from my father's happiness as it's a direct byproduct of the happiness generated by others.

**INTEGRITY -** Integrity was my father's second most important value. Growing up, I always wondered what made his business more successful than the next guy's and one answer I would always get is reputation. As an aspiring businessman myself, the lessons I have learned from my father might differ from those you'd expect to be floating around the cutthroat business world; he'd tell me to always be honest, always take the high road, always be willing to lend a helping hand, always honor your commitments, etc... Hearing the charges brought against him felt like getting punched in the gut but the amount of times I've witnessed him turn away from unethical business practices is something that I must make known. Having sat through probably thousands of phone calls that my dad has been on, I can confidently say that the reason he is so highly esteemed in the professional world is because he is trusted, and he would sooner die than let that trust evaporate. Now that I'm about to start my own career, my mother is continuously telling me to learn from my father's mistakes and to not be as trusting. But I will never forget hearing my dad say that he would rather be cheated than to deny someone an opportunity.

**ACHIEVEMENT -** As an immigrant who worked tirelessly to live the American Dream, it makes sense why my father values achievement and the values

associated with it. The amount of times that people have told me that they have never met someone who works as hard as him is baffling and I would think they're exaggerating if I hadn't witnessed it myself. My childhood was filled with trips to job sites and sitting at the kitchen table late at night, punching numbers into a calculator helping him with the bids he brought home. For as long as I can remember, he has been reminding me and all my siblings that the key to success — however we might interpret "success" — is hard work. It wouldn't be long before I went from witnessing his hard work to having him test my own. I remember one morning very, very vividly back when I was an early teen. There was a job I was working on and, for some reason, we had to start at 5:00 AM on a particular day. I got up at 4:00 AM, put my work clothes on, and went to wake up my dad like he had asked. Eyes half closed, he whispered, "Zachary, I'm proud of you." Those few words that he probably doesn't even remember saying are what I remind myself of every time I notice that I'm giving less than 100%. My dad is my biggest advocate, always pushing me to better myself, and helping me up when I think I've hit a wall too big to climb. He has given me opportunities to fail and to learn while then providing a platform to put my best foot forward. My success is a direct result of his mentorship and the gratitude I feel would be impossible to sum up, even by the most talented of authors. When I first started looking at possible careers in high school, he wrote this to me in an email:

> *I want to let you know that there is always going to be someone with more money and smarter than you. What should set you apart is that if you work harder than anybody else, you will succeed. So always keep pushing forward and put triple the effort everyone else puts.*

**FREEDOM -** As an immigrant coming from a country that had experienced a communist regime and then an authoritarian dictatorship, freedom is something that he feels strongly about. He feels blessed with the privileges he has come to earn and understands that some luck certainly helped him get to where he is today. I believe this to be the reason for my father's exuberant philanthropy,

especially to those less fortunate. Without much pondering, there are multiple cases that immediately come to mind of him aiding underprivileged Latino families such as when he helped one of his employees purchase a house or when he paid off, in full, the car of another in order for them to avoid interest payments. He continues to sponsor my club high school rugby team long after I graduated which has had a direct impact on sending kids on an international rugby tour. He is a patron of the arts and a lot of his efforts have been made keeping the accessibility of art and international cultures in mind. All of this is done in pursuit of promoting freedom from economic and socioeconomic restraints. He wants to blur these lines because he has had the luck of moving through them. As his child, I can only thank him. He had made it his mission to make us understand our privilege all while exposing us to the freedoms we get to enjoy and I like to think that me and my siblings are all better human beings because of it.

**LOYALTY -** Without having looked at his list, I knew loyalty would be on it. It is one of the very first words that come to mind when anyone thinks of Alan Varela; loyalty to his family, loyalty to his business, loyalty to his friends, loyalty to the causes he supports. His devotion is unimaginable and marvelous. His word is his bond and to break his bond would be more shocking than to witness the Pope spitting in the face of God. I write that last sentence in good conscience because of how seriously I mean it. Not once have I ever seen my father reject someone coming to him for a favor because everyone he associates with becomes family. Like I said earlier, giving is what makes him happy but the seriousness in which he treats the trust people bestow upon him is inspiring. I am sure that most, if not all, of the letters you read will mention this quality of his.

Sir, I will never be able to convey what kind of man Alan Varela is because it is literally impossible to summarize the good that he has brought to this world and even more impossible to describe what he means to me as a father. As someone who has the misfortune of being plagued with depression, the comfort I have sought in his embrace, his smile, and his words of encouragement, have literally saved me. I used to think that

becoming half the man my father is would be an unimaginable accomplishment but he has spent his life pushing me to become twice the man he is. His involvement in this case has already become a lesson aiding him in pushing me towards excellence.

I can imagine that you are expecting the son of the guilty party to say anything to garner leniency but I promise you that he is rightfully regarded as a hero by many.

With unlimited gratitude,
Zachary Varela



Dear Judge Orrick,

Thank you for taking the time to read this letter. It pains me having to write a letter defending my father's honor. After all, he has always been my role model. To this day, I still strive to achieve the success that he has been able to achieve. I am not just talking about fiscal success but his success as a father, friend, and philanthropist; I am sure you will see this in the sheer amount of letters that have been written on his behalf. Since I can remember, I have always been told how fortunate I am to have the father that I do. I've been told how compassionate and kind he is to all those around him and that with him as a role model I am sure to do great things.

Although I cannot speak on the specific matters of this case, I can speak on my experiences with my father which should be more than enough to display the values he holds most important. I can say with complete certainty that above all else my father prides himself on having built his reputation upon his integrity. Never in my life have I seen my father take advantage of someone or stand for injustice done by others.

When I picture integrity I think back to when I was in 8th grade. My parents were invited to a destination wedding in Mexico but due to my mother's cancer I was chosen to attend the wedding in her stead. On January 30, 2015 a group of my father's friends and I went fishing. Skeptical of our ability to actually catch a large fish, another one of my father's friends, who did not go fishing with us, said he would pay us $100 if we were to catch a marlin that was over 200 pounds. We ended up catching a marlin but never weighed it. Not wanting to admit defeat, my father's friends agreed that we would say we caught the fish but not take the money. Despite everyone agreeing not to take the money, my dad's friend insisted I take it so he would uphold his side of the deal. With a little hesitation at first, I ended up taking the money, thrilled to brag to my brother about it. Not until we got back to California did my father figure out that I had taken the money. I had never seen my father so disappointed in me. He made me send him a letter apologizing for taking the money with the $100 attached. It did not matter that the fish could have been over 200 pounds, that he never would have figured out we didn't weigh it, or that my father's friend could have easily dealt with losing the $100. It was the principle of taking money that was not rightfully earned. To this day I am embarrassed of what I did but use it as an example of the values I now model myself after, that even when nobody is around, to uphold yourself to the highest standards. That is the type of man my father is in all of his interactions.

Furthermore, he is the type of man that spends time helping others grow, and reach better versions of themselves. Even this summer I have seen my friends approach my father asking him for advice on things such as how to deal with their parents or how to create a startup. Looking back on it, I used to be worried about bringing friends around my house because I knew that my father would critique their handshake or ability to look an adult in the eyes. Now I realize that it wasn't out of malice that he would critique my friends but because he wanted to use it as a teaching opportunity. Just this year one of my oldest friends told me that it was because of my dad that he learned how to give a proper handshake and talk to adults. I strongly believe that it takes a village to raise a child and because of that I can even see the influence that my father has had upon our community in all the kids that have been fortunate enough to meet him.

To a certain extent I find it funny that I am writing this letter for my father because as a child I always thought that people took advantage of him. Every time we went out to dinner my dad is always the first person to reach for the bill, I've seen him countless times go out of his way to help people with all of their strange tasks and I have not once seen my father ask for another favor. Even though he always pays for the bills I've never seen another person fight him enough to take it from him and treat him to a meal. Quite recently, one of my friends' cars broke down and it was their mothers birthday. They had no way of going out to dinner. I told my dad about this and his first reaction was to tell me to offer to drive them all to dinner and back. I was supposed to be up in Napa with my family entertaining guests but my father told me to leave the dinner to go be a good friend. This is the type of person that my father is, he will drop everything if a person is in need and will never ask for anything in return. With all the weight of this situation, it is my father that is comforting those around him that everything will work out.

Your honor, my family will always be the most important thing to me. I look to them for support, advice, and much more. They are more than just my family but also my best friends. So once again I will not claim to know all the details of this case but I will humbly ask that you take all of my father's past into consideration when deciding his sentencing.

Respectfully,
Lucas Varela

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco CA 94102

My name is Liam Varela, and I am writing to testify why my father's good character is needed by his community and, more importantly, his family. As his youngest son, I have had the privilege of witnessing more of his virtues and vices than most people outside of my family can boast of. I can resolutely say that he must be one of the most loving people on Earth.

The most common compliment he gets when we have dinner with other people is "you have a beautiful family". Just last night we were out to dinner and the waitress, before the night was over, said to my father, "you guys are so cute together". I don't want to give you the impression that I'm pretentious - but I think that kind of compliment speaks volumes about the kind of family my dad has raised (with my mom as well, of course). The foundations of our family have always been and will always be based on love. The highest commitment is to each other, and everything else falls second. He has instituted the standard that Sunday is strictly family time- a time I feel fondly of when recalling simple joys like Sunday runs to the bakery, walking around the reservoir, or sharing a sundae at Loard's in Orinda. If my father can be called a greedy man, it is only in this sense. His avarice is only for time to spend with his family. I am incredibly grateful and privileged to have a father like that.

I like to think that is the real reason he had us start work at his office. If you ask him, of course he will tell you it was to teach us good work ethic and what a paycheck means and how to treat a colleague and so forth. I do not doubt all of these things are true. Ever since the early summers when he had us lubing the joints on backhoes or separating cobblestone from rubble, I have gained reverence and admiration for everyone who wakes up at 5 to man a shovel all day. But I also can't deny that our presence has grounded him. He is grateful, I know, for the opportunity to see and talk to us every day.

Despite all the love he has for us, there are times, seldom though they are, that we deserve his shame. My dad gets furious at that which offends his honor. Us kids, in his mind, represent him and are an extension of him, which is why I believe he gets especially fumed and ashamed when we are clumsy with our character. I am always puzzled by the level of indignancy he exhibits with matters which appear so trivial in the moment. I could crash ten cars and burn the house down before he reaches the point of anger that I experienced one Saturday morning. I had slept until 10, woken up by the chisels of workers remodeling the exterior of the house. The curtains were open in my room so they could see me stumble out of bed. Without giving it much thought, I retrieved a snack from the kitchen and sat down at my desk, in underwear, to play video games. Meanwhile, all one of the workers had to do was to look up to see me dote in front of my gaming monitor, in underwear, with a bagel in my hand. I stayed like this until my dad opened the door and I dealt him the affront of my laziness. At that moment I saw his good morning face flush into anger, embarrassment, and guilt. His anger was hard enough for me to swallow, though his embarrassment and shame on my behalf took days to digest. I had the rest of the day moving logs in the backyard to think about my clumsiness, and he wouldn't let me forget it for weeks as he reminded me of the failure. Through that experience I learned that nothing offends him more than when people think he hasn't worked hard for the privileges he

has earned. He cares so much that we work hard for our privileges. It might be one of the most valuable lessons I have to this day.

I want to highlight that my dad is not an irritable person. He is a loving father who understands the merit of hard work, and, because he loves me, he wants me to understand that too. When my dad gets busy or stressed, I am always reminded that he is the largest force acting against entropy in our family. During periods when he leaves for work early and gets home late, the days always seem gloomier and longer, and I realize I count the days by the moments he walks in and out of the door. However, without fail, no matter how long and arduous his day might have been, he always walks in with a smile and gives us each a hug and a kiss, and it becomes clear to us how much we missed him. He laughs with his whole body and he loves with his whole heart. In an instant he neutralizes all the negative energy of the day which otherwise would seem daunting to manage. He randomly calls people just to tell them he was thinking of them, to check in, and to lend them his love. There are so many lessons in empathy and compassion I have received by his example. As I enter college, I will take them with me.

Judge Orrick, I understand that your time is valuable and I am doing my best to keep the length of this letter manageable. With this in mind, here are some other thoughts that I will keep brief in the interest of time:

- He has always supported our interests no matter what
- He always treats people as equals, with utmost dignity and respect
  - For my whole life I have witnessed how he treats his laborers with humility. Whenever he delivers a solution to a problem in the field, he does it as a collaborator and not as an instructor. I never got the impression that he felt he knew more or was more qualified. Either I'm fooled and he didn't have to show it because people respected him enough, or he truly believed that those around him were his equals. I could fit his professional ego in the palm of my hand.
- He has taught us the impact of good work ethic
  - He had us work in the yard when we turned 12
  - He taught us the value of progress through hard work
- Despite having one of the most incredible success stories, he *never* boasts it even when given the opportunity
- He has raised us with clan culture. Blood is always thicker than water
  - My friends are often surprised at how much time I want to spend with my family
  - A primary contention of my past relationships has been my loyalty to my family and their priority over everyone else. Sometimes it has even offended my past girlfriends
  - Being in the construction industry is grueling work. My dad is obsessed with spending any time he is spared on us
- He is not a vindictive person
  - He always champions "the high road"- when he is taken advantage of, he is impossibly level-headed
- He, along with my mom, taught us to be kind

- He has taught me to never settle
  - When applying to colleges, I was told by many people, including college counselors, that I would never make it into Yale. His encouragement helped me push myself to prove everyone wrong

Privilege is the first word that comes to mind when I think of the past 18 years as my dad's youngest son. His lessons and examples in humility, generosity, kindness, and integrity have inspired overwhelming gratitude from me. So please, consider a lenient sentence for my dad so that I, and countless others, may continue to receive his guidance and enjoy his love. From the bottom of my heart, thank you for taking the time to read this letter.

Sincerely,
Liam Varela


*"Many that live deserve death. And some that die deserve life. Can you give it to them? Then do not be too eager to deal out death in judgement"- J.R.R. Tolkien*

Dear Judge Orrick,

My name is Valentina Varela. Let me tell you about someone extraordinary in my life. My dad has been by my side through everything and I couldn't ask for a better person to walk me through life's ups and downs. He has taught me to always stand up for myself and to work hard for things that I want in life through both his actions and words. For example he has always told me to reach for something better than what I think I can achieve. I am a big horseback rider and I remember during my very first competition he told me to get first place. I kept telling him that it wouldn't happen but I would try. On the second day I was able to come back to him telling him I got first place. He didn't push me but he believed in me and knew that I could do it and has always said to push to get greater things. He is always there to give me tips and to show me that I can always do big things in this sport and things I put my mind to.

My dad has also pushed me to become the best person I can be by showing me to stand up for myself and to not let others get to me. During middle school I had some friend problems and he was one of the first people I felt comfortable going to. I remember him sitting me down and telling me the best thing was to walk away and take the higher road while doing what I think is right for me and others around me.

My dad is always the first to help when someone reaches out to him or is in need of something. He is the person to put others before himself. When my two horses died he was the first one to comfort me and to let me know that everything would be okay. My dad is one of the kindest and strongest people I know. My dad has made mistakes but he is always thinking of others and how his decisions will impact everyone. He is a kind man and he tries to do right by everyone around him. I am proud to call him my dad.

Thank you,
Valentina Varela

To

Judge William Orrick

United States District Court

450 Golden Gate Avenue

San Francisco, CA 94102


I could say how supportive Alan has always been, the countless people he has helped in an absolutely selfless way, but instead I would like to highlight what it was like growing up with him as an older brother.

Many times when we were little, he would look for me at school breaks to make sure I was okay, and has always been very caring even to this day.

With patience and sureness, he taught me the straight path to follow and that there were no shortcuts but hard work and knowing how to prioritize.

I remember with shame an anecdote: my family has never been in politics, so when Chile went through critical moments and there was a tremendous shortage for those who were not from the political party of the moment, our family had severe food deprivation. During that period the garage of a neighbor who belonged to the party caught fire and began to take everything out onto the street: merchandise that we had not seen in months. The other neighbors began to carry things out and I also took out a small bottle of oil. Alan saw it and made me return it, teaching me a valuable lesson in righteousness and honesty.

He is very low profile when helping others and would never tell anybody, but he is extremely caring and honest.

He has always put the family in the first place and has proven it with the dedication and effort with which he took care of our elderly parents (just recently deceased) despite the distance.

He took them out of an apartment where they lived, and with great effort he built them a beautiful house with a wonderful garden for them to enjoy. He gave them all he could to make them happy in their old age, he took care of their bills and all their medical treatments, making sure they didn't lack anything. He motivated and made  possible for my mother to develop her long-overdue artistic talent which she did until her death at age 90. But it was not only about financial aid, mostly, despite the distance, he  kept affection, attachment and closeness. Therefore, it was tremendously hard for him not being able to accompany them in his last days.

All of the above make him a role model and my personal hero.

Most sincerely,


Michelle Varela James

Señor Juez,

Hace 40 Años que conozco a Alan Varela, una persona excepcional criada por una familia que le inculcaron valores y principios superiores.  Me casé con Michelle su hermana de modo que ví como Alan Estudió, trabajó y formó una familia espectacular.

He conocido poca gente tan trabajadora cómo él, muy cariñoso y un hombre cabal.

Una de las cosas que me marcó fue cuando un "supuesto amigo" que lo estafó directamente y el dijo "nunca le voy a negar la ayuda a un amigo, prefiero perder dinero a no darle la oportunidad".

Alan es un hombre íntegro, muy correcto y sobre todo preocupado de su familia y de los demás.

Dicho lo anterior me gustaría dar algunos ejemplos concretos.

Recuerdo en alguna reunión acá en Chile alguien se jactó de lo "inteligente" que era por tapar ciertos impuestos en su empresa y Alan en contra de la mayoría lo regaño diciendo que si uno pagaba impuestos era porque le estaba yendo bien y que los impuestos nos ayudaban a todos. Lo que más me marcó fue el concepto de que mientras mas pagara mas agradecido debía de estar pues indicaba que tenia buen trabajo y lo hacía bien.

Alan nunca se olvido de sus amigos en Chile y siempre los ayudo, tiene un grupo de ex compañeros de colegio a los cuales los junto, organizo e invirtió para darles trabajo. Por lo general yo me enteraba por mi suegra que le decía "mira ayudar a este está bien pero este otro no es tan derecho" y el le replicaba que el les daba la oportunidad y ya dependía de ellos si la tomaban.

Siempre me ha llamado la atención que Alan siempre sabe de los demás, siempre preocupado, pero con esa preocupación legitima del que de verdad le interesa el otro.

Para mi siempre ha sido mi cuñado acogedor, sencillo y alegre.

Por ultimo las personas que tienen lindas familias, integras y solidarias siempre nacen del ejemplo que van dando los mayores, en este caso sus hijos no nacieron maravillosos, fueron lo que vieron de sus padres Alan y Jen se que están orgullosos y en paz.

Doy gracias a Dios por estar en esta familia.

Gracias,

Rodrigo Garcia

Your honor,

It was 40 years ago that I met Alan Varela, an exceptional person raised by a family that instilled in him superior values and principles. I married his sister Michelle so I saw how Alan studied, worked, and created a spectacular family.

I have met few people as hardworking, affectionate, and thorough as him.

One of the things that left a lasting impression on me was when a supposed friend scammed him and all he had to say was, "I will never give up an opportunity to help a friend. I would rather lose the money than not give someone a chance."

Alan is a man of integrity, incredibly proper, and, above all else, deeply cares about his family and others.

Having said the aforementioned, I'd like to give a few concrete examples.

I remember during some meeting here in Chile, someone was bragging about how "smart" they were for avoiding certain business taxes and Alan, against everyone else, scolded him saying that paying taxes was a sign of prosperity and that they helped everyone. What really struck me was his mindset that the more he paid, the more grateful he should be as it indicated a good job.

Alan has never forgotten about his friends in Chile and always helps them. He has a group of friends from high school who he has since brought together, organized, and invested in to give them jobs. I found most of this out from my mother-in-law who would tell Alan, "Helping this one is okay but this other isn't the straightest shooter," to which he replied that he would give them all the opportunity and it was then up to them whether they took it.

I have always noticed that Alan always knows what is going on with others. He's always busy but that business legitimizes the interest he has in others.

He has always been my welcoming, sincere, and cheerful brother-in-law.

Lastly, beautiful, integrous, and supportive families are always created through the examples of it's elders. In this case, Alan's kids weren't born great; it was what the saw in their parents that made them great. I know that Alan and Jen are proud of the family they have made.

I thank God for being part of his family.

Thank you,

Rodrigo Garcia
(Translated by Zachary Varela)

August 2, 2021

Your Honor:

I have known Alan Varela for as long as I have been alive (since 1996.) He is the cousin of my father and throughout my life I have spent a lot of time with him.

Throughout the years, I have always enjoyed my time with Alan. He is a fun loving person who brings a positive environment whenever he is around. He is a man who cares deeply for his family and others. He is someone who I have looked up to as a role model and trust. While I was growing up he gave me plenty of advice that I still hold on to.

When I was a teenager I had the opportunity to go on a vacation with him and his family and during the trip there was a particular moment that really showed me his character. There was a swim race where I was losing and gave up in front of my younger relatives watching. After the race he took me aside and explained the importance of finishing what you started and giving your best in whatever you do, even when the odds are against you and you feel like giving up. On the surface he was talking about the race but in reality he was talking about life.

Months later he sent me a card that was titled: "Never Never Never give up" that included some heartfelt words inside. As a young man, that had a lasting impact on my life. I used that mentality towards my schooling and professional career.

It is safe to say knowing Alan has made me a better person and helped me achieve greater heights. I am grateful for all he has done for me and I look forward to being around him more in the future.

If you have any questions please feel free to reach out.

Sincerely,

Diego Acuña

(857)488-0130

Your Honor,

I have known Alan Varela for decades and what has always struck me is his benevolence and care for others.  An example of these qualities was when his firm's CPA, Mike Bradshaw, passed away suddenly from a fast acting cancer in July, 2012.

Alan wasn't sure of the state of Mike's wife Kathy's finances after Mike passed but he did know that finances weren't Kathy's forte.  So Alan brought in a financial advisor (me) to help Kathy with her financial situation.  He also immediately gave Kathy a well-paying administrative job in his firm so that she would have steady income while things settled down.  Alan did not have to take it on himself to bring in a financial advisor to help Kathy nor was he under any obligation to employ her.  Alan did what he did because he wanted to take care of Kathy and relieve a grieving widow's sorrow and financial stress.

Kathy worked for Alan for over five years and with me for even more.  Kathy is now in a significantly better place financially and emotionally due to Alan's actions and to this day she's grateful to him.

Alan is kind and cares for people.  He helps you when most others won't.  He sticks with you when most people would abandon you.  He goes the distance when most people don't.  Alan is committed and faithful.  Many times I'd ask myself why he was still helping Kathy through the years and the only answer that I came up with is that it's in his nature to do so.

Sincerely,

Ariel Acuna

Alan Varela

To whom it may concern,

My name is Luke Getschow and I have known Alan Varela for over 20 years. He is married to my older sister (Jennifer) and has 5 children. Since the time I have known Alan, he has shown only of having the highest morals. I look at Alan as a role model and someone to look to for guidance. I recently had a child, and want to surround him with individuals that are kind, honest and hard working. I would consider Alan to hold all these qualities and more.

When I would visit my sister and Alan, there were a few times Alan gave me opportunity to experience what a day in the life a construction worker/foreman went through. He would take me on job sites, and I would see how he would treat his employees and peers. During these exchanges I would see Alan being straight forward and kind with these interactions. Additionally, I would see him invite feedback from his workers if there were potential issues/concerns. This was very enlightening to me to experience this while being young, since having interactions with sports coaches growing up, work supervisors, owners of companies, this was not the case. High Ego was often the main culprit with these other individuals since they would not be kind, honest, and take feedback/criticism sometimes. This would cause me not to stay with the team or company since I knew there was a better path, and I want to surround myself with good people. This is how operate today, and will continue to do so, and influence my son and hopefully other children to have this awareness.

Alan has been a good stepbrother; he has been there for me when seeking advice about school and what degrees/experience look good on an application. When I first bought my house in Milwaukee, what I should look for with foundation of the house, and qualities in the neighborhood that would benefit me and my family long term. To something very personal my divorce with my first wife. We would have long discussions and he gives me honest feedback and it's nice to know that if I need someone to speak to that has a different perspective that I know is trustworthy, its Alan.

Alan has worked extremely hard and has had to sacrifice his family time in order to provide a good life for my sister and children. Alan goes out of his way with helping family members, like my brothers Dan and Joey. I am sure he also goes out of his way to help his own family members, and charities such as the Oakland Art Museum.

When making a judgment, with what you have discovered yourself in your research, please also consider this letter and others that Alan Varela is a good honest man and I would vouch for his character of being of the highest standards.

Luke Getschow

Your Honor,

My name is Joseph Getschow. I am Alan's father-in-law. I have known Alan for more than 20 years, and I feel confident about his upstanding character.

Family is very important to Alan. I have witnessed this on several occasions when we have spent extended time together. He has invited my wife, children and me into his home for months at a time. When Alan and my daughter had their children, we were able to spend quality time with them and our new grandchildren. We have also gone on family trips to Hawaii and Scotland altogether, and his family has welcomed us to stay with them in Chile. I believe family inspires Alan to work so hard, keeping family together, creating new memories and appreciating the moment.

My daughter is a very independent woman. She moved to California after attending school in North Dakota. Things were not working out, and she was debating moving back to Wisconsin to pursue nursing, when she was already a trained licensed pilot. I believe she felt like she needed to make a major change in her life. Alan came into her life at this time; he wanted to learn how to fly, and Jen happened to be his instructor. I was excited and happy for my daughter as this relationship grew. I was able to speak with Alan on the phone. His confidence and appreciation of family was reassuring. Meeting his parents later at Jen and Alan's wedding in California further assured me that this was a good man for my daughter. Alan's parents, Elaine and Pencho, recently passed away, and I believe this has put great strain on Alan.

Working all day, going home to his five children, wife, and with us there, I rarely witnessed him bringing work-related stress into his home life. He was able to be in the moment and spend quality time with my daughter and their kids. I know this must have been difficult since I have been in a similar circumstance as a business owner of a meat-processing plant in Green Bay, Wisconsin. From that experience, I know what it takes to start and sustain a business. A major factor to the success is how you treat your employees. Alan is honest, caring, and straightforward. There is no way he would have achieved the success he has been able to attain without these qualities.

My daughter was diagnosed with a rare cancer, cutaneous lymphoma, that can flare and cause many health issues that affect her daily living. Early on, it went undiagnosed for a few years. Alan has been by her side the whole time as a loving husband. Alan, with his professional experience and success, has been able to help with fundraising so researchers can better understand the illness, treat it, and work for a cure. I am sure he has sped up this research with his contributions.

Alan is an extremely intelligent overachiever. He has done much for his community, the Cancer Society at Stanford, and is well thought of by many people. I am especially proud of my son-in-law and know that he is an outstanding person.

Thank you for your consideration,
Joseph Getschow

Judge William Orrick

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge William Orrick,

My name is Joseph Getschow. These words are written on behalf of Alan. I have known Alan for over 25 years by way of my sister marrying him. Ever since knowing Alan, he has been kind and generous. Even though I am disabled (cerebral palsy) Alan has never looked at me or treated me any differently. In fact, Alan has always pushed me to better myself and to be as self-sufficient as I possibly can be. Unfortunately, due to my disability, life is a lot more expensive. Thus, I am dependent on the government now. I mention this because Alan tries to encourage me to be self-supporting in entrepreneurial ways. Alan furnished me with art catalogs for an online art gallery I started. His encouragement was very instrumental when setting up the website and dealing with customers. Unfortunately, life happens, and I had to close the website due to a major life changing event.

In my early 30's I found out I had a daughter. My ex did not want me to have any contact with our daughter because of my disability. I was referred to as her "sperm donor". Due to this alienation I had no other choice but to seek legal help. Alan and my sister offered and provided encouragement as well as financial aid in this matter. Throughout the entire process, which I am still dealing with to this day, Alan and my sister have supported me in many different ways. Without their help I would have never known my daughter.

Alan has never attached any strings or stipulations to any of the support he has given me over the years. People of Alan's caliber are a dying breed. He puts others before himself and trusts in a simple handshake. Unfortunately, many have lost these traits. I am honored to call Alan my brother-in-law and to have the pleasure to have him as a member of the family for so many years.

I ask the court to show mercy to Alan. For his trust in others was taken advantage of. Alan is a good man, father, husband, and brother. I pray for leniency for Alan from the Court.

Thank You,
Joseph Getschow

July 9, 2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Your Honor,

Please consider my written statement regarding the character Alan Varela prior to his September 16, 2021 sentencing.

Alan Varela is a brother-in-law to myself and my two brothers, Joseph J. Getschow and Luke B. Getschow.   Joseph J Getschow is a individual with multiple disabilites from severe cerebal palsy that compromise his ability to work. Joseph has legally toiled for more than a decade to receive visitation rights to periodically see his daughter, Emery, in Texas from his home in Green Bay, Wisconsin.

 Alan Varela has provided pivotal financial support to cover Joseph's legal expenses for attorney representation in the Texas court system. Without Alan's support in collaborating with myself and Luke Getschow to cover these expenses, Joseph would not have access to his daughter.

Additionally, Alan has also been generous in covering travel expenses for Joseph and his aide to periodically visit his daughter in Texas over the last 5 years.  These travel expenses have included airfare, lodging and ground transportation.  Alan has personally provided over $18,000. in support to Joseph between his legal and travel expenses to see his daughter.

In addition, Alan has tried to help Joesph achieve a measure of independence by supporting him in creating an online business. While the effort was not successful, it speaks to Alan's compassion and concern for individuals and the difficulties they may suffer.

I believe Alan to be a vital member of the community and our family and hope you will consider the good he can do outside of incarceration.

Thank you,

Dan Getschow

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick,

I am Andrea González and I first met Alan Varela and his family in 2010 when I moved in with them as an Au Pair. I hope this letter can help show you what a truly wonderful person he is.

When I got to the Varela household for the first time, I was 18 years old, moving away from home for the first time, and they immediately made me feel as though I were part of the family. While a typical Au Pair program is essentially providing nanny services in return for room and board, my experience quickly became that of being an "older sister" to Alan's five kids. He and the rest of the family made sure that I didn't miss home by giving me a second home, ultimately allowing the transactional part of our relationship to give way to something much more genuine. Just as an example, a host family by no means has any obligation to take their Au Pair on vacation but I was invited to every single one (including having my expenses paid).

As I became part of the family, I was especially impressed by the way that Alan parented his kids. He was consistently trying to bring out the best in them and always took the time to make a life lesson out of any situation. As an immigrant and self-made-man, he prided himself on the value of hard work and commitment and wanted to ensure that his children grew up with understanding that that was the key to success. When the boys signed up for rugby, they would constantly complain about attending practices and found the commitment to be a drag; they have since gone on to become captain of their team's and their success has taken them across the world. None of this would have happened if it weren't for Alan's efforts in teaching his sons the importance of honoring one's commitments and always giving "110%."

Despite Alan's firm parenting style, he is somehow also incredibly approachable. While I was there, he never turned down anyone seeking advice. Whether it was his kids, a colleague calling, or even me, he always made the time to think about the issue and advise you as best he could. At one point during my stay, I crashed the Varela's car and it was the first time I had ever been in an accident. Alan was the first person I thought to call because I was incredibly anxious and didn't know how to handle the situation. He began by making sure I was alright and then proceeded to talk me through what to do without showing any frustration that I had hit his car. I remember him saying, "These things happen." I can't imagine anyone else being so calm and supportive after an event like that.

In conclusion, I wish to attest to Alan's character and integrity. He is an exemplary human being and I ask that you show leniency when deciding his sentence.

Respectfully,

Andrea Gonzalez



Your honour,

I met Alan when I was 19, it was my first university break when I interned in one of his building teams, laying sewage pipe. My first day at the digging site he noticed my old boots and without asking anything in return he bought me the best pair of boots. They made a world of difference for me in the building site. Alan is like this, he will help people and not make a fuzz of it, he is happy when things work for the best of all!

During that short internship I was very lucky, as we had some driving time to talk about life, or what a 19 year-old could think life is. He told me his experience on work: how working hard and not cutting corners was the only way to achieve. I learned about team motivation, and how to build teams by focusing on the best qualities of people to develop together. We also talked about finding a partner for life -his advise was so clear making it hard to forget "Your wedding day needs to be un-confoundedly the happiest day in your life!"
On each of this conversations Alan helped me identify what I wanted to prioritise for my life.

Today I'm 36 and I work helping refugees, I started in Iraq, and now work in Uganda. I use the same boots to walk across Refugee camps and war torn places like Mosul and Fallujah. Places where life has to be given hope again. It has been over 20 years and the boots need to be changed, I attach a picture of them.

My work is dedicated to the monitoring and Evaluation of humanitarian interventions. I need to make sure that what we promised, is actually delivered to the best of our ability. I need to listen to our beneficiaries and structure our teams so we can reach more people with our limited funding. This quest for effectiveness and efficiency needs some strong changes in team work, and here I use the skills learned with Alan every day! Work with the best qualities of people, talk to the person, engage at a personal level and build capacity!

I'm very proud of my work and I'm very proud of Alan's work making jobs and adding his little part building America!

Best Regards



Cristobal Mingo
Head of Monitoring and Evaluation
United Nations, World Food Program, Uganda
+256 772 287 036
Cristobal.mingo@wfp.org

To whom it may concern,

my name is Cristina Menes and I lived with Alan Varela and his family for over a year as their au pair. Being an au pair, you are in a cultural exchange and your job is only supposed to be taking care of your host family´s kids in exchange of a place to stay and meals - but that was never the case with them. Both Alan and his wife, Jen, received me with open arms and they made me feel like part of the family since day 1.

I grew up without a dad and Alan has been the closest thing to one as in a male figure who gives you advice and supports your decisions. I´ve had the pleasure to see how caring and a great father he is to his kids - how he´s sat down with them every night for dinner and asked them about their days; how he´s helped them make good decisions in terms of school, friends and relationships... even with me, when I decided after a year living there that I wanted to get back to school and he supported my decision 100%. I remember a conversation with him at the kitchen table where we talked about hard work and courage to make big decisions in life. He is a great businessman but overall, he is a greater father and family-oriented man.

Sadly, during my time there my mom passed away back in Spain. This was probably the worst time of my life and I´ll always appreciate Alan for being there the night that I found out - he held me, helped me book a flight back to Spain and drove me to the airport at 5am. Even though I barely remember the conversation we had in the car on our way to the airport, I do remember feeling accompanied the whole way by him.

These are just a couple of examples out of all the many memories I have with Alan. He is driven, caring, generous and such a noble man. I´ve never seen him not helping someone if they need it - he is a pillar to many many people around him and the best role model for his kids, who look up to him since they were little and are now becoming great young men.

Best regards,
Cristina

July 4, 2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102


My name is Carina Rallis and I´ve known Alan Varela for 16 years now.
We first met when I was looking to come work to the United States as
an au pair from Argentina. I interviewed with various families but
eventually decided to work with the Varela´s because of how nice they
treated me in the interview process.

Once I arrived to their family I realized I had made the right decision.
Alan and his wife Jennifer were great parents. I remember that it didn´t
matter how late or how exhausted Alan was when he came back from a
trip or from work the first thing that he always did was to go to his
children´s room and hugged them.

During my two years as an au-pair with the Varela´s I became as a
family member, I never felt an employee. Alan became a father figure
to me as I had lost my biological father at a young age. When I was
going to be married I asked Alan if he could walk down the aisle, he
immediately agrees and flew with his family down to Chile to
participate in my wedding.

Alan has always fiving me good advices until this day and he is a
person I know that I can rely on if ever needed.

Sincerely,
Carina Rallis.

Monica C. Oyarzun
4106 40th Avenue SW
Seattle, WA  98116

August 22, 2021

Judge William Orrick
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Judge Orrick,

I am writing to share a little about Alan Varela as I know him. I first met Alan in 2010, when I moved in with him and his family as an au pair. Alan was incredibly kind and welcoming when I arrived in California, and quickly helped me feel at home. Throughout my time working with the Varelas, and for the many years after during which we've remained friends, Alan has always been caring and generous. When I traveled to the east coast with his family during a summer holiday, he not only covered my cost but also invited my parents to join us in the vacation rental, even though he had never met them.

During that trip, I remember a conversation he had with my father about his career. Alan spoke of how he moved cross country, from Boston to California, when he wanted to start his own construction firm. One of his reasons for moving so far was to avoid competing with the company he had been working for in Boston. He values hard work, honesty, and integrity – characteristics that show through in this example. I also saw from my time working with him how he continuously reminded his children of the importance of hard work, encouraging them from a young age by assigning duties and rewarding a job well done.

I am grateful for the friendship I've built with Alan and his family and can honestly say that my life is better, thanks to knowing them. If you are able to grant leniency, we would appreciate it. Thank you for your time and consideration as you review his case.

Sincerely,

*Monica C. Oyarzun*

Monica C. Oyarzun